1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  E-Mail:  salsciandra@sbcglobal.net

5  RICHARD G. NOVAK, Bar No. 149303
   Law Offices of Richard G. Novak
6  959 East Colorado Blvd., Suite 210
   Pasadena, California  91106
7  Telephone:  626.396.9206
   Facsimile:  626-396-9208
8  E-Mail:  richard@rgnlaw.com

9  Attorneys for Defendant, JAMES NINETE LEON GUERRERO

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW
14 |                Plaintiff, | ) |
15 | v.                        | ) | STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE HEARING
16 | JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) |
17 |                           | ) | Date:  Monday, February 23, 2009
   |                Defendants.| ) | Time:  1:30 p.m.
18 |                           | ) | Courtroom:  Honorable Oliver W. Wanger

19     **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

20 the defendants by and through their respective counsel, that the Status Conference set for Monday,

21 February 23, 2009 at 1:30 p.m. be continued to Wednesday, April 29, 2009 at 12:00 p.m.

22     The reason for this request is as follows: the prosecution nor defense have heard from the

23 Department of Justice concerning the authorization to seek the death penalty.  Therefore, all counsel

24 are in agreement that this continuance is necessary and would be in the best interest of all parties.

25 / / /

26 / / /

27 / / /

28 / / /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: February 18, 2009     /s/  Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JAMES NINETE LEON GUERREREO

DATED: February 18, 2009     /s/  Richard G. Novak
RICHARD G. NOVAK
Attorney for Defendant,
JAMES NINETE LEON GUERREREO

DATED: February 18, 2009     /s/  Francine Zepeda
FRANCINE ZEPEDA
Attorney for Defendant,
JOSE CABRERA SABLAN

DATED: February 18, 2009     /s/  Donald R. Knight
DONALD R. KNIGHT
Attorney for Defendant,
JOSE CABRERA SABLAN

DATED: February 18, 2009     /s/  Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   February 18, 2009**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE