```
                        UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )    1:08-cr-0259 OWW
                             )
          Plaintiff,         )    ORDER RE: DECISION ON
                             )    PENALTY
     v.                      )
                             )
JOSE CABRERA SABLAN and JAMES)
NINETE LEON GUERRERO,        )
                             )
          Defendants.        )
                             )
_____)
```

In this case, each Defendant has had the opportunity to present his respective position to the Department of Justice concerning authorization to seek the death penalty. These appearances occurred in Washington, D.C., in January, 2009. The Department of Justice has not made a decision whether to seek the death penalty.

This case has been pending since August 14, 2008. The Court cannot set the case for trial or competently manage the case without knowledge as to whether the death penalty will be sought. To facilitate case management and the efficient and reasonably prompt disposition of this case, the United States of America, through its Department of Justice, shall, on or before April 9,

2009, notify the Court and the parties whether Plaintiff will seek the death penalty in this case.

IT IS SO ORDERED.

Dated:   February 19, 2009                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

2