1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  E-Mail:  salsciandra@sbcglobal.net

5  RICHARD G. NOVAK, Bar No. 149303
   Law Offices of Richard G. Novak
6  959 East Colorado Blvd., Suite 210
   Pasadena, California  91106
7  Telephone:  626.396.9206
   Facsimile:  626-396-9208
8  E-Mail:  richard@rgnlaw.com

9  Attorneys for Defendant, JAMES NINETE LEON GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AMENDED - STIPULATION AND |
| v. | ) | ORDER FOR A RESETTING OF STATUS |
| | ) | CONFERENCE HEARING |
| JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) | Date:       Wednesday, April 29, 2009 |
| | ) | Time:       12:00 p.m. |
| Defendants. | ) | Courtroom: Honorable Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendants by and through their respective counsel, that the Status Conference set for Wednesday, April 29, 2009 at 12:00 p.m. be rescheduled to Monday, April 27, 2009 at 2:30 p.m.

The reason for this request is due to the non-availability of defense counsel.  All counsel are in agreement to the rescheduling of the hearing.

Respectfully submitted,

DATED: April 3, 2009                                  /s/   Salvatore Sciandra
                                                      SALVATORE SCIANDRA
                                                      Attorney for Defendant,
                                                      JAMES NINETE LEON GUERREREO

DATED: April 3, 2009   /s/ Richard G. Novak
RICHARD G. NOVAK
Attorney for Defendant,
JAMES NINETE LEON GUERREREO

DATED: April 3, 2009   /s/ Francine Zepeda
FRANCINE ZEPEDA
Attorney for Defendant,
JOSE CABRERA SABLAN

DATED: April 3, 2009   /s/ Donald R. Knight
DONALD R. KNIGHT
Attorney for Defendant,
JOSE CABRERA SABLAN

DATED: April 3, 2009   /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

**Dated:  April 6, 2009**   /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

U.S. v. JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO
STIPULATION AND [PROPOSED] ORDER FOR A RESETTING OF STATUS CONFERENCE HEARING
CASE NUMBER: 1:08-CR-00259-OWW

2