UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN, and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-cr-00259-OWW<br><br>Order Setting Motion and Trial Schedule |

Defendants Joseph Cabrera Sablan ("Sablan") and James Ninete Leon Guerrero ("Guerrero"), filed a Joint Statement of proposed schedule for motions and trial in this case. Sablan filed points and authorities, as well as an ex parte status report, in support of the proposed schedule. Guerrero filed an ex parte supplement to his sealed status report filed before the April 27, 2009 status conference. The government disagreed with the defense proposed schedule and filed an alternative proposed schedule.

The Court has considered the assertions of the parties in this matter, and sets the following motion and trial schedule for this case.

/////

| | | |
|---|---|---|
| PHASE 1: | | DISCOVERY MOTIONS |
| | Motions due | July 13, 2009 |
| | Oppositions | August 12, 2009 |
| | Replies | August 26, 2009 |
| | Hearing | September 8, 2009 |
| PHASES 2 and 3: | | MOTIONS TO SUPPRESS EVIDENCE & DISMISS THE INDICTMENT; CHALLENGES TO THE DEATH PENALTY |
| | Motions due | September 21, 2009 |
| | Oppositions | October 21, 2009 |
| | Replies | November 20, 2009 |
| | Hearing | December 14, 2009 |
| PHASE 4: | | MOTIONS TO CHANGE VENUE AND FOR SEVERANCE |
| | Motions due | February 10, 2010 |
| | Oppositions | March 18, 2010 |
| | Replies | April 5, 2010 |
| | Hearing | April 19, 2010 |
| PHASE 5: | | EXPERT DISCLOSURES: May 17, 2010 |
| PHASES 6 and 7: | | MOTIONS Re: INADEQUATE EXPERT NOTICE AND TO PRECLUDE OR LIMIT EXPERT TESTIMONY; MOTIONS IN LIMINE, Guilt & Penalty Phases and Trial Confirmation |
| | Motions due | June 15, 2010 |
| | Oppositions | July 15, 2010 |
| | Replies | July 29, 2010 |

| | | |
|---|---|---|
| 1 | Hearing | August 16, 2010 |

*Lodge Proposed Joint Jury Questionnaire, with Objections*

August 2, 2010

*Government dislcosure of Witness List and Exhibits*; *Defense applications for Writs of Habeas Corpus Ad Testificandum and Trial Subpoenas requiring US Marshal Service transport*; Hearing on Jury Questionnaire and Pre-Trial Conference

August 16, 2010

Jury selection begins with venire completing the Jury Questionnaire

September 13, 2010

The defense shall prepare two budgets for Stage 2 (the post-authorization, pre-trial period) of this case. The proposed budgets for Stage 2-1 (May through December, 2009) are due June 1, 2009.

IT IS SO ORDERED.

DATED:   May 18, 2009

　　　　　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　United States District Judge