UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00259-OWW |
| Plaintiff, | |
| vs. | Order Amending Date for Submission of Guerrero's Proposed Stage 2-1 Budget |
| JOSEPH CABRERA SABLAN, and JAMES NINETE LEON GUERRERO, | |
| Defendants. | |

An order issued May 19, 2009, set the trial and motion schedule in this case, and established that Defendants Joseph Cabrera Sablan and James Ninete Leon Guerrero ("Guerrero") shall file a proposed budget for Stage 2-1, from May through December, 2009, by June 1, 2009.  Counsel for Guerrero has requested an extension of time to file the proposed budget due to a scheduling conflict.

GOOD CAUSE APPEARING, the proposed budget for Defendant Guerrero shall be filed on or before June 4, 2009, at 4:00 p.m.

IT IS SO ORDERED.

DATED: May 29, 2009

/s/ Oliver W. Wanger

United States District Judge