DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado
(telephone)   303-797-1645
(facsimile)    303-730-0858
E-mail:   Don@knightandmoses.com

DANIEL J. BRODERICK, SB #89424
Federal Defender
FRANCINE ZEPEDA, SB #091175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721
(telephone)    559-487-5561
(facsimile)    559-487-595-
E-mail:  Francine_Zepeda@fd.org

TIVON SCHARDL, Fla. Bar #73016
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
Facsimile:    916-498-6656

Attorneys for Defendant
JOSEPH CABRERA SABLAN

FILED

AUG 21 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, and,<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | NO. 1:08-CR-00259 OWW<br><br>**ORDER RELIEVING FRANCINE ZEPEDA AS COUNSEL OF RECORD** |

On August 18, 2009, the Office of the Federal Defender filed an Ex Parte Application and Request

for Substitution of Counsel. In that Application, the Federal Defender requested that Francine Zepeda be

[Prop.] Order Relieving Counsel                                            1:08-CR-00259 OWW

1  relieved as lead counsel, and that private counsel be substituted in their stead pursuant to the Criminal
2  Justice Act and 18 U.S.C. § 3005. The Federal Defender's request does not affect the appearance of Tivon
3  Schardl on behalf of Mr. Sablan.
4      Good Cause appearing, It is hereby ordered that the Francine Zepeda, Assistant Federal Defender,
5  counsel of record for Joseph Sablan, be relieved.
6  Dated: August 21, 2009.
7  SO ORDERED.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

[Prop.] Order Relieving Counsel      1:08-CR-00259 OWW