FILED

SEP 21 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-00259-OWW<br><br>Order Authorizing CJA<br>Payment for Transcript |

This matter is before the court on the request of appointed counsel for Defendants for authorization of payment under Criminal Justice Act (CJA) for a transcript of the hearing on discovery motions held September 8, 2009, in front of Judge Oliver W. Wanger. The hearing was reported by court reporter Karen Lopez. Payment is authorized under CJA to provide a transcript to counsel for Sablan and Guerrero.

IT IS SO ORDERED.

DATED: 9-17-09

_____
OLIVER W. WANGER
United States District Judge