

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

**FILED OCT 30 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK**

UNITED STATES OF AMERICA

    Plaintiff(s),

Case No. 08-CR-00529

v.

JOSE SABLAN

    Defendant(s).

I, Joseph Libory Green,

attorney for JOSE SABLAN,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Leritz, Plunkert & Bruning, P.C. |
| Address: | 555 Washington Avenue |
| | Suite 600 |
| City: | Saint Louis |
| State: | Missouri    ZIP Code: 63101 |
| Voice Phone: | ( 314 ) 231-9600 |
| FAX Phone: | ( 314 ) 231-9480 |
| Internet E-mail: | jgreen@leritzlaw.com |
| Additional E-mail: | |
| I reside in City: | Saint Louis    State: Missouri |

I was admitted to practice in the U.S District Court, Eastern District of Missouri (court) on November 23, 1993 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐/ have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Tivon Schardl |
| Firm Name: | Federal Public Defender's Office - Sacramento |
| Address: | 801 I Street |
| | Third Floor |
| City: | Sacramento |
| State: | California    ZIP Code: 95814 |
| Voice Phone: | (916) 498-6666 |
| FAX Phone: | (916) 498-6656 |
| E-mail: | tim_schardl@fd.org |

Dated: September 22, 2009      Petitioner: _____  Fulbm Como #34850
                                                              MOBAN #3633

**ORDER**

IT IS SO ORDERED.

Dated: 10-29-09

JUDGE, U.S. DISTRICT COURT

