DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado
Telephone:   303-797-1645
Facsimile:    303-730-0858
E-mail:        Don@knightandmoses.com

JOSEPH L. GREEN, Pro Hac Vice
Leritz, Plunkert & Bruning, P.C.
555 Washington Avenue, Suite 600
St. Louis, MO 63101
Telephone:   314-231-9600
Facsimile:    314-231-9480
Email:         JGreen@leritzlaw.com

DANIEL J. BRODERICK, #89424
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916-498-6666
Facsimile:    916-498-6656
Email:         Tim_Schardl@fd.org

Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH CABRERA SABLAN AND JAMES NINETE LEON GUERRERO, <br><br> Defendants. | No. 1:08-cr-00259-OWW <br><br> STIPULATED ORDER |

Defendants, Joseph Cabrera Sablan and James Ninete Leon Guerrero, and Plaintiff, the United States of America, through their respective undersigned counsel, hereby

stipulate and agree that the dates for completion of discovery and the filing of any motions to compel should be extended in the following way:

1. This Court's order of October 15, 2009 (Doc. 124), set November 9, 2009 as the date by which the parties were to have completed the discovery requested prior to the order. Any motions to compel are due no later than December 9, 2009, responses are due by December 21, 2009, and a hearing is scheduled for January 11, 2010.

Although some progress has been made, completion of that discovery will take longer than expected. In particular, the defense teams need to obtain funding and must rely upon a vendor that previously projected it would take 50 days to copy the requested materials, but recently increased the available resources so that it will take two weeks.

2. On November 4, 2009, defense counsel served on counsel for the United States a request for additional discovery.

3. The parties request and stipulate that the dates for completing discovery and filing motions to compel pursuant to the October 15, 2009 Order be reset so that production is to be completed within 30 days after the defense has obtained authorization for the funds necessary to pay the costs of production. Motions to compel will be due 30 days later, responses will be due two weeks after the motions, and a hearing will be set three weeks after the responses. Once the funding is approved, the parties will file a stipulation and order scheduling these events for specific dates.

////

| | |
|---|---|
| Dated: November 6, 2009 | Respectfully submitted, |
| DONALD R. KNIGHT<br>Knight & Moses, LLP | LAWRENCE G. BROWN<br>United States Attorney |
| JOSEPH L. GREEN<br>Leritz, Plunkert & Bruning, P.C. | /s/ (as authorized on 11/06/09)<br>DAWRENCE W. RICE, JR. |
| DANIEL J. BRODERICK<br>Federal Defender | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| /s/ Tivon Schardl<br>TIVON SCHARDL<br>Office of the Federal Defender | |
| Attorneys for Defendant<br>JOSEPH CABRERA SABLAN | |

/s/ Richard G. Novak (as authorized on 11/05/09)
RICHARD G. NOVAK
Law Offices of Richard Novak

SALVATORE SCIANDRA
Law Offices of Salvatore Sciandra

Attorneys for Defendant
JAMES NINETE LEON GUERRERO

IT IS SO ORDERED.

DATED:   November 6, 2009

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Stip. Order Extending Time           -3-           U.S. v. Sablan & Guerrero, 08-CR-259-OWW