1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                   **EASTERN DISTRICT OF CALIFORNIA**

8

9   UNITED STATES OF AMERICA,      )      1:08-cr-0259 OWW
                                   )
10                Plaintiff,       )      ORDER MODIFYING THE COURT'S
                                   )      ORDER SETTING MOTION AND
11      v.                         )      TRIAL SCHEDULE
                                   )
12  JOSEPH CABRERA SABLAN AND JAMES )
    NINETE LEON GUERRERO,          )
13                                 )
                  Defendants.      )
14                                 )
                                   )
15  _____)

16

17      This matter, coming on to be heard this 11th day of

18  December, 2009, upon the stipulation of the parties (hereinafter

19  Stipulated Motion), and the Court having reviewed said Stipulated

20  Motion and finding the statements and agreements contained

21  therein to be well taken,

22      FINDS:

23      1.   That the original Scheduling Order signed by the Court

24  on May 19, 2009 (Doc. 72) and modified on September 8 and 9, 2009

25  (Doc. 115) and November 9, 2009 (Doc. 133), is no longer viable

26  based upon the changed circumstance regarding discovery

27  production as set forth in the Stipulated Motion.

28  ///

                                    1

1  **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

2    1.   That all dates set forth in the Court Scheduling Order

3  dated May 19, 2009 (Doc. 72) are vacated.

4    2.   That the dates set forth in the Stipulated Order dated

5  November 9, 2009 (Doc. 133) and concerning the copying of

6  documents from Atwater remain in effect as follows:

7         a.   Defendants shall file any and all Motions to

8  Compel based upon the Response filed by the government on

9  November 9, 2009, on January 11, 2010.

10        b.   The government Response to the Defendants' Motion

11  to Compel shall be due to be filed 14 days after the date set for

12  the filing of the Motion to Compel, January 25, 2010.

13        c.   The Court shall hear the Motion to Compel and

14  Response on February 16, 2010, at 10:30 a.m.

15    A status conference and review of all discovery issues shall

16  be held March 15, 2010, at 10:30 a.m.

17

18

19  SO ORDERED.

20

21  Dated: December 11, 2009        /s/ OLIVER W. WANGER

22                                  United States District Court Judge

23

24

25

26

27

28