**FILED**

DEC 21 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>　　　　　Defendants. | Case No. 1:08-CR-00259-OWW<br><br>Order Setting Date for Filing<br>Proposed Stage 2-2 Case<br>Management and Budget Plan |

Counsel for defendants were ordered to submit litigation budgets in this case pursuant to the *Guide to Judiciary Policies and Procedures*. The second budget for Stage 2 (the post-authorization, pre-trial period) of this case shall be prepared and filed under seal on or before January 8, 2010. The proposed Stage 2-2 Budget shall encompass anticipated expenses for CJA counsel, and fees and expenses for investigative and expert service providers, from January 1 through June 30, 2010.

IT IS SO ORDERED.

DATED: 12-18-09

_____
OLIVER W. WANGER
United States District Judge