1 | DONALD ROBERT KNIGHT, Pro Hac Vice
    | Knight & Moses, LLC
2 | 7852 South Elati Street, Suite 201
    | Littleton, Colorado
3 | Telephone:   303/797-1645
    | Facsimile:   303/730-0858
4 | E-mail:   Don@knightandmoses.com

5 | JOSEPH L. GREEN, Pro Hac Vice
    | Leritz, Plunkert & Bruning, P.C.
6 | 555 Washington Avenue, Suite 600
    | St. Louis, Missouri 63101
7 | Telephone:  314/231-9600
    | Facsimile:  314/231-9480
8 | E-mail: jgreen@leritzlaw.com

9 | DANIEL J. BRODERICK, SB #89424
    | Federal Defender
10 | TIVON SCHARDL, FL Bar #73016
    | Trial & Habeas Counsel
11 | 801 I Street, 3rd Floor
    | Sacramento, California 95814
12 | Telephone:    916/498-6666
    | Facsimile:    916/498-6656
13 | E-mail:   Tim_Schardl@fd.org

14 | Attorneys for Defendant
    | JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00259-OWW |
| Plaintiff, | **DEATH PENALTY CASE** |
| v. | ORDER TO VACATE HEARING AND TO SET DEADLINE TO FILE DISCOVERY |
| JOSEPH CABRERA SABLAN AND JAMES NINETE LEON GUERRERO, | STATUS REPORTS |
| Defendants. | JUDGE:   The Honorable Oliver W. Wanger |

This matter is before the Court based upon a stipulation of the parties to vacate the hearing currently set for February 16, 2010.  The Court being fully apprised in this matter, makes the following FINDINGS:

1. This matter is set for a hearing to be held on February 16, 2010. The purpose of the hearing is for the parties to argue, and for the Court to decide, the relative merits of the Motions to Compel (Doc. Nos. 155 and 156) that were filed by Defendants Sablan and Leon Guerrero.

2. The Court has been made aware based upon the Response filed by the Government (Doc. No. 159), that the Government withdrew the claims of privilege and work-product protection that were the subject of the Motions to Compel.

3. There now appears to be no reason to hold the hearing that was set for February 16, 2010.

4. This case remains set on this Court's calendar for March 15, 2010, for a status conference and review of all discovery issues. The Government requests that, at this hearing, the Court set a schedule for hearing any further motions related to discovery. This Order addresses the March 15 hearing as well.

Wherefore, the Court enters the following ORDERS:

1. Based upon the Response filed by the Government (Doc. No. 159), the Defendants' respective Motions to Compel (Doc. Nos. 155 and 156) are DENIED as moot.

2. The hearing presently set for February 16, 2010 is hereby VACATED.

3. The matter remains set on the Court's docket for March 15, 2010 at 2:00 p.m. The purpose of the hearing will be to advise the Court of the status of the production of discovery, both pursuant to the Court's Order dated October 15, 2009 (Doc. No. 124), and in regard to any other discovery requests or issues, either filed with the Court or pending an informal resolution. The parties should also be prepared

1 to discuss a schedule for hearing any further motions related to
2 discovery. In this regard, the Court Orders as follows:
3          A.   Each defendant shall submit to the Court and to the
4 Government, no later than March 1, 2010, a status report detailing the
5 progress made on the discovery issues contained in the Court's Order of
6 October 15, 2009. This status report shall also advise the Court of any
7 other discovery issues that are currently outstanding in any form,
8 whether a motion has been filed with the Court or the matter remains at
9 the informal stage.
10         B.   In the event the Government desires to file a response
11 to these status reports, that response shall be filed no later than
12 March 10, 2010.
13    4.   Following the status hearing on discovery, the Court will
14 hold an ex parte budget conference with counsel for the defendants.
15 Counsel for each Defendant will individually be prepared to discuss
16 those matters.
17     IT IS SO ORDERED
18 Dated: February 8, 2010

                                        /s/ OLIVER W. WANGER
                                        UNITED STATES SENIOR DISTRICT JUDGE