1  DONALD ROBERT KNIGHT, Pro Hac Vice
   Knight & Moses, LLC
2  7852 South Elati Street, Suite 201
3  Littleton, Colorado
   Telephone:   303/797-1645
4  Facsimile:   303/730-0858
   E-mail: Don@knightandmoses.com
5

6  JOSEPH L. GREEN, Pro Hac Vice
   Leritz, Plunkert & Bruning, P.C.
7  555 Washington Avenue, Suite 600
   St. Louis, Missouri 63101
8  Telephone: 314/231-9600
   Facsimile: 314/231-9480
9  E-mail: jgreen@leritzlaw.com

10
   DANIEL J. BROERICK, SB #89424
11 Federal Defender
   TIVON SCHARDL
12 Research & Writing Attorney
   801 I Street, 3rd Floor
13 Sacramento, California 95814
   Telephone:   916/498-6666
14 Facsimile:   916/498-6656
15 E-mail: Tim_Schardl@fd.org
   Attorneys for Defendant
16 JOSEPH CABRERA SABLAN

FILED

MAR 09 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | No. 1:08-cr-00259-OWW |
| | ) | |
| Plaintiff, | ) | **DEATH PENALTY CASE** |
| | ) | |
| v. | ) | [PROPOSED] ORDER FOR DISCLOSURE OF |
| | ) | GRAND JURY MATERIAL AND A |
| JOSEPH CABRERA SABLAN and | ) | PROTECTIVE ORDER |
| JAMES NINETE LEON GUERRERO, | ) | |
| | ) | JUDGE:   The Honorable |
| Defendants. | ) |              Oliver W. Wanger |
| _____ | ) | |

1  THIS MATTER comes before the Court on the Motion filed by Mr. Sablan to disclose Grand
2  Jury material to the defendant pursuant to Federal Rules of Criminal Procedure 6(e)(3)(E)(i) and (F).
3  HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the
4  same.
5  Therefore, it is ORDERED that the defendant's motion is granted and that all Grand Jury
6  testimony and documents related to the above captioned action may be disclosed to the defendant and
7  his attorneys as part of the discovery in this case.
8
9  It is further ORDERED that such materials shall only be used in defending this case; that such
10 materials are to be disclosed only to the defendant and his attorneys and defense team; and that the
11 defense attorneys shall maintain custody of such materials and shall not reproduce or disseminate the
12 same without further order of this Court.

DATED and SIGNED this 9th day of March, 20 10.

_____
United States District Court Judge