SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

RICHARD G. NOVAK, Bar No. 149303
Law Offices of Richard G. Novak
959 East Colorado Blvd., Suite 210
Pasadena, California 91106
Telephone: 626.396.9206
Facsimile: 626-396-9208
E-Mail: richard@rgnlaw.com

Attorneys for Defendant, JAMES NINETE LEON GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO<br><br>　　　　Defendants. | CASE NUMBER: 1:08-CR-00259-OWW<br><br>*EX PARTE* APPLICATION TO FILE **UNDER SEAL**: APPLICATION AND ORDER FOR TRANSPORTATION OF DEFENDANT LEON GUERRERO FOR BRAIN IMAGING PROCEDURES |

///
///
///
///
///
///
///
///
///

1  **COMES NOW** defendant herein, JAMES LEON GUERRERO, who applies hereby for an
2  order permitting him to file **under seal** the following documents: 1) Application for Order Directing
3  the United States Marshals Service's to Transport Defendant on April 8, 2010 for Court-Authorized
4  Brain Imaging Procedures; 2) Declaration of Richard G. Novak; and 3) Proposed Order.  We are
5  requesting that these documents be filed under seal due to the confidential nature of the matter and that
6  they disclose attorney work product.   Therefore, defendant LEON GUERRERO respectfully requests
7  that this Court Order the above listed documents to be scanned by the Clerks Office into the sealed
8  section of the ECF, and the original returned to counsel.

9                                                                               Respectfully submitted,
10                                                                              SALVATORE SCIANDRA
                                                                             RICHARD G. NOVAK
11                                                                              Attorneys for Defendant,
                                                                             JAMES NINETE LEON GUERRERO
12

13 DATED: March 9, 2010                                  /s/   Salvatore Sciandra
                                                                             SALVATORE SCIANDRA
14

15 DATED: March 9, 2010                                  /s/   Richard G. Novak
                                                                             RICHARD G. NOVAK
16
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

U.S. v. JOSE C. SABLAN and JAMES NINETE LEON GUERRERO
*EX PARTE* APPLICATION TO FILE UNDER SEAL: APPLICATION AND ORDER FOR TRANSPORTATION OF DEFENDANT LEON GUERRERO
FOR BRAIN IMAGING PROCEDURES
CASE NO.: 1:08-CR-00259-OWW                                                                                                  2

# SEALING ORDER

Having reviewed defendant LEON GUERRERO's motion to file **under seal** the following documents: 1) Application for Order Directing the United States Marshals Service's to Transport Defendant on April 8, 2010 for Court-Authorized Brain Imaging Procedures; 2) Declaration of Richard G. Novak; and 3) Proposed Order.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following documents: 1) Application for Order Directing the United States Marshals Service's to Transport Defendant on April 8, 2010 for Court-Authorized Brain Imaging Procedures; 2) Declaration of Richard G. Novak; and 3) Proposed Order not be filed under seal, and that the documents be scanned by the Clerk's Office into the sealed section of ECF, and the original be returned to counsel. OWW

IT IS SO ORDERED.

**Dated:   March 9, 2010**                              /s/ Oliver W. Wanger
                                                                       UNITED STATES DISTRICT JUDGE