UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-00259-OWW<br><br>Order Denying Leon Guerrero's Request for Filing Documents Under Seal (Doc. 171) |

Defendant James Ninete Leon Guerrero ("Leon Guerrero") filed an ex parte application to file certain documents under seal. Having reviewed the following documents: 1) Application for Order Directing the United States Marshal's Service to Transport Defendant on April 8, 2010 for Court-Authorized Brain Imaging Procedures; 2) Declaration of Richard G. Novak; and 3) Proposed Order, it is determined that filing under seal of the order is not justified. Leon Guerrero's request is DENIED as to the Proposed Order.

Counsel for Leon Guerrero may amend the lodged documents in light of this order, should any information therein require redaction. The amended documents additionally must provide the legal authority for

payment by the United States Marshal's Service for the requested transportation.

IT IS SO ORDERED.

**Dated:   March 10, 2010**                                  **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE