Prepared by:
SALVATORE SCIANDRA (SBN 58256)
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
559-233-1000 (voice)
559-233-6044 (facsimile)
E-Mail: salsciandra@sbcglobal.net

RICHARD G. NOVAK (SBN 149303)
IRIS ROE LEE (SBN 259370)
Law Offices of Richard G. Novak
16633 Ventura Blvd., Suite 1200
Encino, CA 91436-1839
818-783-4648 (voice)
818-905-1864 (facsimile)
E-Mail: richard@rgnlaw.com; iris@rgnlaw.com

**Attorneys for Defendant**
**JAMES NINETE LEON GUERRERO**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER FILED UNDER SEAL |
| Plaintiff, | Case No. 1:08-cr-00259-OWW |
| vs. | DEATH PENALTY CASE |
| JOSE CABRERA SABLAN, and JAMES NINETE LEON GUERRERO, | ORDER DIRECTING THE UNITED STATES MARSHAL'S SERVICE TO TRANSPORT DEFENDANT ON APRIL 8, 2010 FOR COURT-AUTHORIZED BRAIN IMAGING PROCEDURES |
| Defendants. | |

IT IS HEREBY ORDERED that:

1) On April 8, 2010, the United States Marshal's Service shall transport defendant James Ninete Leon Guerrero (Registration Number 03744-045)

PDF created with pdfFactory trial version www.pdffactory.com

1  (hereinafter "Mr. Leon Guerrero") from his place of detention to the University of
2  California, Irvine's Brain Imaging Center in Room 181 of Irvine Hall on the
3  University of California, Irvine campus;
4     2) Beginning at 12:00 p.m. on April 8, 2010, Mr. Leon Guerrero shall not
5  be provided any food or liquids other than water;
6     3) Mr. Leon Guerrero shall arrive at the Brain Imaging Center in Room
7  181 of Irvine Hall no later than 4:00 p.m.;
8     4) During and immediately after the completion of the brain imaging and
9  other procedures at the Brain Imaging Center, Mr. Leon Guerrero shall be permitted
10 to consume food as directed by the staff at the Brain Imaging Center;
11    5) All food shall be provided by counsel for Mr. Leon Guerrero, as
12 directed by the staff of the Brain Imaging Center, subject to approval for security
13 purposes by the United States Marshal's Service;
14    6) At the conclusion of the procedures at the Brain Imaging Center, Mr.
15 Leon Guerrero shall be transported directly to the Outpatient Imaging Center in
16 Building 22B of the University of California Irvine Medical Center;
17    7) Mr. Leon Guerrero shall arrive at the Outpatient Imaging Center no later
18 than 9:00 p.m. on April 8, 2010;
19    8) At the conclusion of the procedures to be conducted at the Outpatient
20 Imaging Center, Mr. Leon Guerrero shall be returned to his place of detention;
21    9) During the testing procedures conducted at the Brain Imaging Center
22 and at the Outpatient Imaging Center, Mr. Leon Guerrero shall be restrained in
23 restraint devices that are non-steel and non-ferrous to the extent required by the staff
24 conducting the imaging procedures;
25    10) The United States Marshal's Service shall inform this Court's Clerk and
26 Richard G. Novak, counsel for Mr. Leon Guerrero, no later than April 1, 2010 of the
27
28

U.S. v. JOSE C. SABLAN and JAMES NINETE LEON GUERRERO
Order Directing United States Marshal's Service to Transport Defendant for Court-Authorized Brain Imaging Procedures
CASE NO.: 1:08-CR-00259

2

PDF created with pdfFactory trial version www.pdffactory.com

identity of and contact information for the Deputy United States Marshall who shall be primarily responsible for implementing this Order, and

    11)    The United States Marshal's Service shall permit the defendant's counsel in this matter, Salvatore Sciandra, Richard G. Novak and Iris Roe Lee, court-appointed mitigation investigator Hans Selvog, and court-appointed consulting psychologist Barbara Counter, Ph.D., to be present during the testing and procedures provided for in this order, consistent with the protocols of the medical facilities.

    IT IS SO ORDERED.

    DATED:  March 12, 2010          _/s/ OLIVER W. WANGER_____
                                                 OLIVER W. WANGER
                                                 UNITED STATES DISTRICT JUDGE

U.S. v. JOSE C. SABLAN and JAMES NINETE LEON GUERRERO
Order Directing United States Marshal's Service to Transport Defendant for Court-Authorized Brain Imaging Procedures
CASE NO.:  1:08-CR-00259

3

PDF created with pdfFactory trial version www.pdffactory.com