**RICHARD G. NOVAK (SBN: 149303)**
**IRIS ROE LEE (SBN: 259370)**
**Law Offices of Richard G. Novak**
**16633 Ventura Blvd. Suite 1200**
**Encino, CA 91436**
**818-783-4648 (voice)**
**818-905-1864 (facsimile)**
**E-Mail: richard@rgnlaw.com; iris@rgnlaw.com**

**SALVATORE SCIANDRA, (SBN: 58256)**
**Law Offices of Salvatore Sciandra**
**2300 Tulare Street, Suite 230**
**Fresno, California 93721**
**559-233-1000 (voice)**
**559-233-6044 (facsimile)**
**E-Mail: salsciandra@sbcglobal.net**

**Attorneys for Defendant**
**JAMES LEON GUERRERO**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOSEPH CABRERA SABLAN, and JAMES LEON GUERRERO,**<br><br>Defendants. | Case No. 1:08-CR-00259-OWW<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR CURRENTLY PENDING DISCOVERY ISSUES**<br><br>**JUDGE:** Honorable Oliver W. Wanger |

This matter is before the Court based on representations of the parties regarding various discovery issues currently at hand. The Court, being fully apprised in this matter, makes the following FINDINGS:

1) The parties in this matter have been informally conferring regarding various discovery requests from the respective Defendants to the Government.

2) Specifically, Mr. Leon Guerrero has made requests for discovery from several distinct areas of inquiry: (1) the United States Department of Justice's ("DOJ") investigation of the Territory of Guam's Department of Corrections ("DOC"); (2) specific incidents that occurred

within the Federal Bureau of Prisons ("BOP") involving Mr. Leon Guerrero, other BOP inmates, and/or BOP correctional officers; (3) a BOP inmate organization known as the "Pacific Family," and (4) a BOP inmate organization known as the "Aryan Resistance Militia."

  3) Likewise, Mr. Sablan has also made recent requests for discovery of documents currently in the possession of agencies other than the BOP, as well as documents that the BOP does possess, but refuses to turn over to counsel for Defendants for various reasons.

  4) The Government has informed the Court that it has forwarded Mr. Leon Guerrero's requests to the Department of Justice agencies that possess the information sought, and the DOJ Civil Rights Division is treating the request for Guam DOC discovery as a Freedom of Information Act ("FOIA") request. Additionally, the Government has informed the Court that it will not be able to fully review and informally reply to Mr. Sablan's requests until May 1, 2010.

  5) The Court has further been informed by the parties that the Civil Rights Division of DOJ has replied to Mr. Leon Guerrero's request for discovery from the Guam DOC investigation. DOJ has denied this request pursuant to 5 U.S.C §552(b)(7)(A), 5 U.S.C §552(b)(5), and 5 U.S.C §552(b)(7)(C).

  Wherefore, the Court enters the following ORDERS:

  1) Mr. Sablan shall file his Motion to Compel Discovery no later than April 1, 2010.

  2) Mr. Leon Guerrero shall file his Motion to Compel Discovery surrounding the Pacific Family and the Aryan Resistance Militia no later than April 1, 2010. Mr. Leon Guerrero shall file his Motion to Compel Discovery regarding the Guam Department of Corrections no later than April 15, 2010, having already received an informal response to this informal request.

  3) The Government shall provide all additional informal responses to Defendants' respective discovery requests no later than May 1, 2010.

  4) The Government shall file its Oppositions to Defendants' respective Motions to Compel no later than May 15, 2010.

  3) Defendants' Replies to the Government's Oppositions shall be filed no later than June 15, 2010.

1      4)    This matter shall be set for hearing on June 28, 2010 at 3:00 PM, at which time the Court will resolve any outstanding issues arising from the requests for discovery. Defendants and counsel may, but are not required to, make their appearances telephonically. Following the hearing on discovery, the Court will set a date for a scheduling conference.

IT IS SO ORDERED.

Dated: **April 9, 2010**                    **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE