```
BENJAMIN B. WAGNER
United States Attorney
DAWRENCE W. RICE, JR.
ELANA S. LANDAU
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br> JOSE CABRERA SABLAN, and            )<br> JAMES NINETE LEON GUERRERO,         )<br>                                     )<br>                                     )<br>            Defendants.              )<br>                                     )<br>                                     )<br>_____) | 1:08-cr-00259 OWW<br><br><br><br>STIPULATION AND PROTECTIVE<br>ORDER REGARDING U.S. v.<br>TERRITORY OF GUAM DOCUMENTS. |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Dawrence W. Rice, Jr., Assistant U.S. Attorney, and defendants Jose Cabrera Sablan and James Ninete Leon Guerrero, by and through their respective counsel, Donald R. Knight, Esq., Joseph L. Green, Esq., Tivon Schardl, Esq., Salvatore Sciandra, Esq., Richard G. Novak, Esq., and Iris R. Lee, Esq., hereby STIPULATE and AGREE that the documents provided by the government from the United States Department of Justice, Civil Rights Division, from U.S. v. Territory of Guam, et al., 91CV00020, shall

1

1 | be used by counsel for the defendants only to prepare their
2 | defense in the above-entitled case and shall not be released or
3 | disseminated to any persons not involved in the preparation of
4 | their defense in the above-entitled case.
5 | DATED: June 2 , 2010                    Respectfully submitted,
6 |                                         BENJAMIN B. WAGNER
  |                                         United States Attorney
7 |
  |                                         By /s/Dawrence W. Rice, Jr.
8 |                                            DAWRENCE W. RICE, JR.
  |                                         Assistant U.S. Attorney
9 |
10 |
11 | DATED: June 3  , 2010                    /s/ Donald R. Knight
   |                                         Donald R. Knight
12 |                                         Attorney at Law
   |                                         Counsel for Defendant
13 |                                         Jose Cabrera Sablan
14 |
15 | DATED: June 3   , 2010                    /s/ Joseph L. Green
   |                                         Joseph L. Green
16 |                                         Attorney at Law
   |                                         Counsel for Defendant
17 |                                         Jose Cabrera Sablan
18 | DATED: June 3  , 2010                     /s/ Tivon Schardl
   |                                         Tivon Schardl
19 |                                         Attorney at Law
   |                                         Counsel for Defendant
20 |                                         Jose Cabrera Sablan
21 | DATED: June 3  , 2010                    /s/ Salvatore Sciandra
   |                                         Salvatore Sciandra
22 |                                         Attorney at Law
   |                                         Counsel for Defendant
23 |                                         James Ninete Leon Guerrero
24 | DATED: June 3  , 2010                    /s/ Richard G. Novak
   |                                         Richard G. Novak
25 |                                         Attorney at Law
   |                                         Counsel for Defendant
26 |                                         James Ninete Leon Guerrero
27 | ///
28 | ///

2

```
DATED: June  3  , 2010                    /s/ Iris R. Lee
                                          Iris R. Lee
                                          Attorney at Law
                                          Counsel for Defendant
                                          James Ninete Leon Guerrero
```

## ORDER

Pursuant to the foregoing stipulation and agreement of the parties, IT IS ORDERED that the documents provided by the government from the United States Department of Justice, Civil Rights Division, from U.S. v. Territory of Guam, et al., 91CV00020, shall be used by counsel for the defendants only to prepare their defense in the above-entitled case and shall not be released or disseminated to any persons not involved in the preparation of their defense in the above-entitled case.

IT IS SO ORDERED.

**Dated:   June 3, 2010**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE