

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>　　　　Defendants. | Case No. 1:08-CR-00259-OWW/GSA<br><br>Order Vacating June 28, 2010<br>Hearing on Discovery Motions<br>and Submitting on the Papers;<br>Referring Discovery Matters to<br>Magistrate Judge; and Setting<br>Date for Filing of Joint Trial<br>Schedule |

　　　　On April 1 and 15, 2010, Defendants Joseph Cabrera Sablan and James Ninete Leon Guerrero filed various motions in a second round of discovery in this case. (See Docs. 197, 198, 199 and 202.) The Government filed a response opposing the motions and Defendants filed replies (one of which was filed under seal pursuant to the protective order in this case). The discovery motions were set for hearing before Judge Oliver W. Wanger on June 28, 2010.

　　　　The discovery hearing set for June 28, 2010, is VACATED. The parties' request to appear telephonically on that date for purposes of setting a date for a contested discovery hearing is DENIED. (See Doc. 216.) The waivers of Defendants' personal appearances at the hearing are moot.

The discovery motions in this case are referred to Magistrate Judge Gary S. Austin for resolution.

The parties are directed to meet and confer for purposes of filing a Joint Statement of Proposed Trial Schedule. The Joint Statement shall be filed on or before July 26, 2010.

IT IS SO ORDERED.

DATED: 6-22-10

OLIVER W. WANGER
United States District Judge