# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00259 OWW [GSA] |
| Plaintiff, ) | ORDER REGARDING JOINT STIPULATION |
| v. ) | |
| JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO, ) | (Document 233) |
| Defendants. ) | |

On June 29, 2010, the parties filed a Joint Stipulation Regarding Contested Discovery Issues. The parties requested this Court to both vacate the status hearing scheduled for July 2, 2010, at 10:30 a.m., and to "set aside 2 days between August 18 and August 27, 2010 for a hearing on all contested discovery issues." The parties indicate that they continue to meet and confer regarding the issues in dispute, however they do expect the Court's intervention despite their continued efforts. (Doc. 233.) For the reasons that follow, the Court WILL NOT ADOPT the joint stipulation.

1   As an initial matter, the Court will not vacate the status hearing.  All parties are expected
2 to appear either in person or telephonically.
3   Further, with regard to the available dates proffered in the joint stipulation, the Court is
4 unavailable during the period between August 9 through August 20.  Moreover, the Court cannot
5 accommodate the parties by setting aside two days between August 23 and August 27 in light of
6 other matters on calendar.
7   The Court can certainly appreciate the need for the various parties to make the necessary
8 travel arrangements, including those specifically related to Defendants themselves, for purposes
9 of attending future hearings.  Therefore, at tomorrow's status hearing, the parties will be
10 expected to provide the Court will alternative dates for the proposed hearings concerning
11 discovery issues.
12   Finally, the parties are advised that this Court intends to direct all parties to meet and
13 confer in person in an effort to continue efforts toward resolution of the current discovery
14 disputes, prior to any date or dates set for hearing.

16   IT IS SO ORDERED.
17   Dated:   **July 1, 2010**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE