IN THE UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW |
| Plaintiff, | ) | |
| | ) | ORDER AUTHORIZING UNDER SEAL FILING |
| v. | ) | |
| | ) | |
| JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) | (Pursuant to Local Rule 141) |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the declaration of Salvaotre Sciandra filed in support of the Request to Seal Documents and for good cause shown, Defendant JAMES NINETE LEON GUERRERO's Request for Order to Show Cause for Conditions of Pretrial Confinement and Declaration of JAMES NINETE LEON GUERRERO in Support Thereof may be filed under Seal.

Access to these documents shall be limited as follows:

The Request for Order to Show Cause and defendant JAMES NINETE LEON GUERRERO's Declaration in Support Thereof shall be filed under seal and shall be available on to:

1. The Court and its staff;
2. Counsel for the United States and its agents;
3. Counsel for the defendants in this action, and
4. Counsel for the United States Bureau of Prisons.

/ / /

/ / /

1   The documents shall remain sealed unless and until this Court Orders that they be unsealed.
2   The Request is hereby granted.
3
4   DATED: July 1, 2010                    /s/ OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE