[prepared by]
**SALVATORE SCIANDRA (SBN 58256)**
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
559-233-1000 (voice)
559-233-6044 (facsimile)
E-Mail: salsciandra@sbcglobal.net

**RICHARD G. NOVAK (SBN 149303)**
**IRIS ROE LEE (SBN 259370)**
Law Offices of Richard G. Novak
16633 Ventura Blvd. Suite 1200
Encino, CA 91436
818-783-4648 (voice)
818-905-1864 (facsimile)
E-Mail: richard@rgnlaw.com; iris@rgnlaw.com

Attorneys for Defendant
**JAMES NINETE LEON GUERRERO**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE CABRERA SABLAN, and JAMES NINETE LEON GUERRERO, <br><br> Defendants. | FILED UNDER SEAL <br><br> Case No. 1:08-CR-00259-OWW <br><br> ORDER GRANTING DEFENDANT JAMES NINETE LEON GUERRERO'S EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE RE. UNCONSTITUTIONAL CONDITIONS OF PRE-TRIAL CONFINEMENT |

PDF created with pdfFactory trial version www.pdffactory.com

1  For the reasons stated in defendant James Ninete Leon Guerrero's ("Mr. Leon Guerrero") <u>Ex Parte Application for Order to Show Cause Re. Unconstitutional Conditions of Pre-Trial Confinement</u> (the "Application") and for good cause shown, the United States Bureau of Prisons is hereby ordered to file UNDER SEAL and serve on counsel for Mr. Leon Guerrero a response to the Application no later than August 1, 2010.

Any reply that Mr. Leon Guerrero wishes to file shall be filed UNDER SEAL and served no later than September 1, 2010.

If the Court determines that it is necessary to conduct an evidentiary hearing to rule upon Mr. Leon Guerrero's application, the parties will be notified.

Dated: July 1, 2010                    /s/ OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com