1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT,

9        FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10   UNITED STATES OF AMERICA            )     CASE NUMBER: 1:08-CR-00259-OWW
                                         )
11                Plaintiff,             )
                                         )     ORDER  AUTHORIZING  UNDER  SEAL
12   v.                                  )     FILING
                                         )
13   JOSE CABRERA SABLAN and JAMES       )     (Pursuant to Local Rule 141)
     NINETE LEON GUERRERO                )
14                                       )
                  Defendants.            )
15   _____ )

16        For the reasons stated in the declaration of Salvaotre Sciandra filed in support of the Request

17   to Seal Documents and for good cause shown, Defendant JAMES NINETE LEON GUERRERO's

18   Request for Order to Show Cause for Conditions of Pretrial Confinement and Declaration of JAMES

19   NINETE LEON GUERRERO in Support Thereof may be filed under Seal.

20        Access to these documents shall be limited as follows:

21        The Request for Order to Show Cause and defendant JAMES NINETE LEON GUERRERO's

22   Declaration in Support Thereof shall be filed under seal and shall be available on to:

23        1.    The Court and its staff;

24        2.    Counsel for the United States and its agents;

25        3.    Counsel for the defendants in this action, and

26        4.    Counsel for the United States Bureau of Prisons.

27   / / /

28   / / /

1    The documents shall remain sealed unless and until this Court Orders that they be unsealed.

2    The Request is hereby granted.

3

4    DATED:  July 1, 2010                          /s/ OLIVER W. WANGER
                                                  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28