1 SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2 2300 Tulare Street, Suite 230
Fresno, California 93721
3 Telephone: 559.233.1000
Facsimile: 559.233.6044
4 E-Mail: salsciandra@sbcglobal.net

5 RICHARD G. NOVAK, Bar No. 149303
Law Offices of Richard G. Novak
6 16633 Ventura Blvd., Suite 1200
Encino, CA 91436-1839
7 Telephone: 818.783.4648
Facsimile: 818.905.1864
8 E-Mail: richard@rgnlaw.com

9 Attorneys for Defendant, JAMES NINETE LEON GUERRERO

IN THE UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW(GSA) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND THE TIME TO FILE A JOINT REPORT ON STATUS OF DISCOVERY ISSUES |
| v. | ) | |
| JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) | |
| Defendants. | ) | |

All parties by and through their respective attorneys of record, hereby stipulate that the date of July 15, 2010, previously set for the filing of a Joint Report on Status of Discovery Issues (Joint Report) be extended to July 19, 2010. The reason for this request is that the attorneys are still in the process of agreeing to the contents of the Joint Report. It is anticipated that no further extensions of the filing date for the Joint Report will be requested or required.

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | SALVATORE SCIANDRA<br>RICHARD G. NOVAK<br>Attorneys for Defendant,<br>JAMES NINETE LEON GUERRERO |
| DATED: July 15, 2010 | /s/  Salvatore Sciandra<br>SALVATORE SCIANDRA |
| DATED: July 15, 2010 | /s/  Richard G. Novak<br>RICHARD G. NOVAK |
|   | DONALD R. KNIGHT<br>JOSEPH L. GREEN<br>Attorneys for Defendant,<br>JOSEPH CABRERA SABLAN |
| DATED: July 15, 2010 | /s/  Donald R. Knight<br>DONALD ROBERT KNIGHT |
| DATED: July 15, 2010 | /s/  Joseph L. Green<br>JOSEPH L. GREEN |
|   | DAWRENCE W. RICE, JR.<br>ELANA S. LANDAU<br>Attorneys for the Government |
| DATED: July 15, 2010 | /s/  Dawrence W. Rice, Jr.<br>DAWRENCE W. RICE, JR. |
| DATED: July 15, 2010 | /s/  Elana S. Landau<br>ELANA S. LANDAU |

IT IS SO ORDERED.

Dated: __July 15, 2010__          __/s/ Gary S. Austin__
                                  UNITED STATES MAGISTRATE JUDGE