UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-0259 OWW |
| ) | |
| Plaintiff, ) | ORDER RESETTING DATE FOR |
| ) | THE FILING OF A JOINT TRIAL |
| v. ) | SCHEDULE |
| ) | |
| JOSEPH CABRERA SABLAN AND JAMES ) | |
| NINETE LEON GUERRERO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

　　Pursuant to the Court's authority and for good cause having been shown, IT IS HEREBY ORDERED that the part of this Court's June 22, 2010 Order requiring the parties to file a Joint Statement of Proposed Trial Schedule on or before July 26, 2010 is vacated and IT IS FURTHER ORDERED that the parties shall file a Joint Statement of Proposed Trial Schedule no later than 15 days after either 1) the Magistrate Judge's Order following the August 30, 2010 Hearing on Disputed Discovery Issues or 2) this Court's Order on any party's Petition for Reconsideration of the Magistrate's Order.

IT IS SO ORDERED.

Dated:   July 19, 2010              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1