1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT,

9            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10   UNITED STATES OF AMERICA          )     CASE NUMBER: 1:08-CR-00259-OWW
                                       )
11              Plaintiff,             )
                                       )
12   v.                                )     ORDER RESETTING DATE FOR THE
                                       )     FILING OF A JOINT TRIAL SCHEDULE
13   JOSEPH CABRERA SABLAN and JAMES   )
     NINETE LEON GUERRERO              )
14                                     )
                Defendants.            )
15   _____ )

16          Pursuant to the Court's authority and for good cause having been shown, IT IS HEREBY

17   ORDERED that the part of this Court's June 22, 2010 Order requiring the parties to file a Joint

18   Statement of Proposed Trial Schedule on or before July 26, 2010 is vacated and;  IT IS FURTHER

19   ORDERED that the parties shall file a Joint Statement of Proposed Trial Schedule no later than 14 days

20   after either 1)  the Magistrate Court's Order following the August 30, 2010 Hearing on Disputed

21   Discovery Issues or 2)   this Court's Order following a hearing on any party's Petition for Re-

22   consideration of the Magistrate's Order.

23

24   DATED: July 21, 2010              /s/ OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE
25

26

27

28