DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado
Telephone:  303/797-1645
Facsimile:  303/730-0858
E-mail:  don@knightandmoses.com

JOSEPH L. GREEN, Pro Hac Vice
Leritz, Plunkert & Bruning, P.C.
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
Telephone:  314/231-9600
Facsimile:  314/231-9480
E-mail:  jgreen@leritzlaw.com

DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916/498-6666
Facsimile:  916/498-6656
E-mail: tim_schardl@fd.org
Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH CABRERA SABLAN, and<br>JAMES LEON GUERRERO,<br><br>    Defendants. | **CASE No. 1:08-cr-259-OWW**<br><br>**DEATH PENALTY CASE**<br><br>ORDER FOR NOTICE OF WAIVER OF RIGHT TO APPEAR |

THIS MATTER, coming before the Court on Mr. Sablan's Notice of Waiver of his Right to Appear at the Discovery Status Conference (Doc. 272) currently scheduled for August 30, 2010, and

the Court having reviewed said Notice and finding it to be well taken, ORDERS, that Mr. Sablan's appearance at said hearing be and hereinafter is, waived.

## ORDER

IT IS SO ORDERED.

Dated: __August 18, 2010__            __/s/ Gary S. Austin__
                                      UNITED STATES MAGISTRATE JUDGE