SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

RICHARD G. NOVAK, Bar No. 149303
Law Offices of Richard G. Novak
16633 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: 818-783-4648
Facsimile: 818-905-1864
E-Mail: richard@rgnlaw.com

Attorneys for Defendant, JAMES NINETE LEON GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:08-CR-00259-OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER EXTENDING TIME FOR FILING PROPOSED PHASE 2-3 BUDGET |
| JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO. | ) | |
| Defendants. | ) | |

Defendant JAMES LEON GUERRERO's request that the time for filing the Proposed Phase 2-3 Budget Plan currently set for August 16, 2010 be extended to August 23, 2010, is GRANTED.

IT IS SO ORDERED.

DATED: August 20, 2010                          /s/ OLIVER W. WANGER
                                                 Unites States District Judge