[prepared by]
**SALVATORE SCIANDRA (SBN 58256)**
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
559-233-1000 (voice)
559-233-6044 (facsimile)
E-Mail: salsciandra@sbcglobal.net

**RICHARD G. NOVAK (SBN 149303)**
**IRIS ROE LEE (SBN 259370)**
Law Offices of Richard G. Novak
16633 Ventura Blvd. Suite 1200
Encino, CA 91436
818-783-4648 (voice)
818-905-1864 (facsimile)
E-Mail: richard@rgnlaw.com; iris@rgnlaw.com

Attorneys for Defendant
JAMES NINETE LEON GUERRERO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-00259-OWW<br><br>ORDER GRANTING DEFENDANT JAMES NINETE LEON GUERRERO'S **UNOPPOSED** EX PARTE APPLICATION FOR AN ORDER EXTENDING FROM SEPTEMBER 1, 2010 TO NOVEMBER 1, 2010 THE DEADLINE TO FILE A REPLY TO THE UNITED STATES' RESPONSE TO THE ORDER TO SHOW CAUSED ISSUED BY THIS COURT ON JULY 1, 2010 |

PDF created with pdfFactory trial version www.pdffactory.com

For the reasons stated in defendant James Ninete Leon Guerrero's ("Mr. Leon Guerrero") unopposed ex parte application and for good cause shown, the deadline for filing a reply to the United States' response to the Order to Show Cause issued by this Court on July 1, 2010 is extended from September 1, 2010 to November 1, 2010.

Dated:  August 20, 2010        /s/ OLIVER W. WANGER
                               OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com