DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado
Telephone:   303/797-1645
Facsimile:    303/730-0858
E-mail:         Don@knightandmoses.com

JOSEPH L. GREEN, Pro Hac Vice
Leritz, Plunkert & Bruning, P.C.
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
Telephone:  314/231-9600
Facsimile:  314/231-9480
E-mail: jgreen@leritzlaw.com

DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916/498-6666
Facsimile:    916/498-6656
E-mail:         Tim_Schardl@fd.org

Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00259-OWW |
| Plaintiff, | **DEATH PENALTY CASE** |
| v. | ORDER DIRECTING CLERK TO FILE DOCUMENTS UNDER SEAL |
| JOSEPH CABRERA SABLAN, | |
| Defendant. | |

   Defendant Joseph Sablan has requested leave to file under seal a motion which addresses the table of contents for the SIS, Correctional Services, Security Threat Group, and Central Inmate Monitoring Manuals and the attached exhibits.

   The motion concerns matters that would be appropriate for filing under seal pursuant

1  to the Court's current protective order. Accordingly, the Court finds the request is appropriate
2  under Local Rule 141 and Fed. R. Crim. P. 49.1(d) and should be GRANTED.
3          IT IS SO ORDERED.
4
5  DATED:   October 19, 2010
6                                              /s/ OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE