DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado
Telephone:   303/797-1645
Facsimile:   303/730-0858
E-mail:        Don@knightandmoses.com

JOSEPH L. GREEN, Pro Hac Vice
Leritz, Plunkert & Bruning, P.C.
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
Telephone:  314/231-9600
Facsimile:  314/231-9480
E-mail:  jgreen@leritzlaw.com

DANIEL J. BRODERICK, SB #89424
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   916/498-6666
Facsimile:   916/498-6656
E-mail:        Tim_Schardl@fd.org

Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00259-OWW |
| Plaintiff, | **DEATH PENALTY CASE** |
| v. | ORDER GRANTING DEFENDANT SABLAN'S REQUEST TO APPEAR THROUGH COUNSEL ON NOVEMBER 2, 2010 |
| JOSEPH CABRERA SABLAN, | |
| Defendant. | |

Counsel for Defendant Sablan has notified the Court by declaration that Mr. Sablan requests leave not to appear in person at the hearing to be held November 2, 2010, and to appear only through his counsel. Counsel attest that Mr. Sablan has been advised of the object and purpose of the hearing, and that he waives his right personally to appear. The Court has considered

1  the filed notice and finds Mr. Sablan has knowingly and intelligently elected not to appear in
2  person on November 2, 2010.  Mr. Sablan's request to appear through counsel is GRANTED.
3
4  IT IS SO ORDERED.
5  Dated:   October 21, 2010                       /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE