[prepared by]
**SALVATORE SCIANDRA (SBN 58256)**
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
559-233-1000 (voice)
559-233-6044 (facsimile)
E-Mail: salsciandra@sbcglobal.net

**RICHARD G. NOVAK (SBN 149303)**
**IRIS ROE LEE (SBN 259370)**
Law Offices of Richard G. Novak
16633 Ventura Blvd. Suite 1200
Encino, CA 91436
818-783-4648 (voice)
818-905-1864 (facsimile)
E-Mail: richard@rgnlaw.com; iris@rgnlaw.com

Attorneys for Defendant
**JAMES NINETE LEON GUERRERO**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOSE CABRERA SABLAN, and JAMES NINETE LEON GUERRERO,**<br><br>Defendants. | **Case No. 1:08-CR-00259-OWW**<br><br>ORDER GRANTING DEFENDANT JAMES NINETE LEON GUERRERO'S **UNOPPOSED** EX PARTE APPLICATION TO VACATE THE DEADLINE TO FILE A REPLY TO THE UNITED STATES' RESPONSE TO THE ORDER TO SHOW CAUSED ISSUED BY THIS COURT ON JULY 1, 2010 |

PDF created with pdfFactory trial version www.pdffactory.com

For the reasons stated in defendant James Ninete Leon Guerrero's ("Mr. Leon Guerrero") unopposed ex parte application and for good cause shown, the December 14, 2010 deadline for filing his Reply to the United States' Response to the Order to Show Cause issued by this Court on July 1, 2010 is hereby vacated.  Mr. Leon Guerrero shall file with this Court no later than February 14, 2011 a Status Report concerning progress made toward preparation of said Reply.

No later than seven days after the issuance of this Order, Mr. Leon Guerrero shall lodge with the Court a proposed Order memorializing the Court's findings and orders issued at the hearing on November 2, 2010 concerning the OSC as well as the instant Order.

IT IS SO ORDERED.

Dated:  December 17, 2010              /s/ OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com