# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>　　　　Defendants. | 1:08-cr-00259 OWW<br><br>**ORDER REGARDING *IN CAMERA* REVIEW OF BUREAU OF PRISONS DOCUMENTS** |

On November 11, 2010, documents were submitted to the Court for an *in camera* review in relation to discovery requests previously sought by Defendants Joseph Cabrera Sablan and James Ninete Leon Guerrero.  (*See* Docs. 322 [minute order] & 324 [transcript of proceedings].)

Following a thorough review of the documents submitted for purposes of this Court's *in camera* review,[1] the documents specifically identified below are discoverable by Defendants.

---

[1] The Court carefully reviewed and considered all of the pleadings, including arguments, points and authorities, declarations, and exhibits.  Any omission of a reference to an argument or pleading is not to be construed that the Court did not consider the argument or pleading in reaching its determination.

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff United States of America shall produce the following documents to Defendants[2] within ten (10) days:

*From the Corrective Services Manual*

1. Chapter 3 - Security Inspections/Searches.
    (a) Sections 300 through 304.
2. Chapter 6 - Crisis Management Teams, Training and Equipment.
    (a) Sections 600 through 601;
    (b) Section 603, *subsections 1 through 3 only*.

*From the Security Threat Groups Manual*

3. Program Statement dated August 15, 1994, Parts 1 through 15;
4. Attachment A, Validation Criteria Worksheet; and
5. Operations Memorandum dated January 5, 2001.

*From the Central Inmate Monitoring Manual*

6. Paragraph 105 (comprising a single page) pertaining to state prisoners.

Relatedly, AUSA Landau provided four additional documents to the Court pertaining to "CIM materiality" and related to the classification status of Defendant Leon Guerrero. The documents are described as follows: (1) Notification of Central Inmate Monitoring Classification or Declassification dated March 18, 1993, regarding Defendant Leon Guerrero; (2) March 22, 1993, correspondence from Warden P. W. Keohane at USP Terre Haute to Mid-Atlantic Regional Director G. L. Ingram regarding Defendant Leon Guerrero; (3) September 17, 1993, correspondence from Mid-Atlantic Regional Director G. L. Ingram to Warden P. W. Keohane at USP Terre Haute regarding Defendant Leon Guerrero; (4) Printout dated March 24, 2010, entitled Security/Designation Data regarding Defendant Leon Guerrero.

---

[2]Copies of the documents identified as those that shall be produced, and redacted accordingly where appropriate, will be provided to the Government for production to Defendants.

2

Following a review of the documents, it is unclear whether the Government has already produced these four documents or intended these documents to be included as part of any production following the *in camera* review. **Within five days of the date of this Order**, the Government shall file written notification advising the Court whether these documents have already been produced. In the event production has not already occurred, the Government shall advise the Court whether it intended the Court to review these documents *and* determine whether production of these documents is appropriate, or whether the documents were provided for informational purposes only.

   *From the Special Investigative Supervisor Manual*

7. Chapter 1 - Role, Authority and Scope of SIS Duties.
   (a) Sections 100 through 109;
   (b) Section 111.
8. Chapter 4 - SIS Files.
   (a) Sections 400 through 402;
   (b) Section 405;
   (c) Section 407 through 408.
9. Chapter 5 - Intelligence/Counter Intelligence Operations.
   (a) Sections 502 and 504 *excepting the examples provided*;
   (b) Sections 505 through 506;
   (c) Section 507 *excepting subsections (1) and (2)*;
   (d) Section 508;
   (e) Section 512.
10. Chapter 6 - Investigative Case Management.
    (a) Sections 600 through 604;
    (b) Section 606 through 609;
    (c) Section 611 through 612.

11. Chapter 7 - Handling/Preservation of Evidence.
    (a) Section 701;
    (b) Sections 717 and 718.
12. Chapter 8 - Interview/Interrogation Techniques.
    (a) Sections 807 and 808.
13. Chapter 12 - Sentry.
    (a) Section 1206.
14. Chapter 13 - SIS Computer Operations.
    (a) 1301, *subsection (3) only*;
    (b) 1302;
    (c) 1303, *subsections (2) and (3) only*;
15. Chapter 14 - Preparation of SIS Reports.
    (a) Sections 1400 through 1403.
16. Chapter 15 - Referrals for Prosecution.
    (a) Section 1500;
    (b) Section 1503;
    (c) Section 1504, *subsection (1) only*;
    (d) Sections 1505 through 1506.
17. Change Notices.
    (a) Change Notice dated September 29, 1997;
    (b) Change Notice dated May 20, 1996.

*The aforementioned documents shall be produced subject to a stipulated protective order that includes an "Attorneys Eyes Only" provision. The parties shall file the stipulated protective order concerning these documents within seven (7) days of the date of this order.*

//
//

4

With regard to Defendants' requests for any document or documents not identified above, the requests **ARE DENIED**.

IT IS SO ORDERED.

**Dated:   January 27, 2011**                           **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE

5