1   DONALD ROBERT KNIGHT, Pro Hac Vice
    Knight & Moses, LLC
2   7852 South Elati Street, Suite 201
    Littleton, Colorado
3   Telephone:   303/797-1645
    Facsimile:    303/730-0858
4   E-mail:        Don@knightandmoses.com

5   JOSEPH L. GREEN, Pro Hac Vice
    Leritz, Plunkert & Bruning, P.C.
6   555 Washington Avenue, Suite 600
    St. Louis, Missouri 63101
7   Telephone:  314/231-9600
    Facsimile:  314/231-9480
8   E-mail:  jgreen@leritzlaw.com

9   DANIEL J. BRODERICK, SB #89424
    Federal Defender
10  TIVON SCHARDL, FL Bar #73016
    Trial & Habeas Counsel
11  801 I Street, 3rd Floor
    Sacramento, California 95814
12  Telephone:   916/498-6666
    Facsimile:   916/498-6656
13  E-mail:        Tim_Schardl@fd.org

14  Attorneys for Defendant
    JOSEPH CABRERA SABLAN

15

16              IN THE UNITED STATES DISTRICT COURT

17           FOR THE EASTERN DISTRICT OF CALIFORNIA

18

19  UNITED STATES OF AMERICA,          )   No. 1:08-cr-00259-OWW
                                       )
20                   Plaintiff,        )   **DEATH PENALTY CASE**
                                       )
21         v.                          )   ORDER EXTENDING TIME
                                       )
22  JOSEPH CABRERA SABLAN,             )
                                       )
23                                     )
                     Defendant.        )
24  _____      )

25          The parties request a one-week extension of time for filing a proposed

26  protective order to cover the manuals ordered produced on January 27, 2011.  The Court,

27  being fully apprised of the circumstances, finds the request is supported by GOOD CAUSE

28  and should be GRANTED.

1          The time for submitting a proposed protective order is extended to February 9, 2011.

2

3     IT IS SO ORDERED.

**Dated:    February 3, 2011**                    _____/s/ Oliver W. Wanger_____
4                                                UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order                                                                    No. 1:08-cr-00259-0WW