1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,        )    1:08-cr-0259 OWW
                                      )
10                  Plaintiff,        )    DEATH PENALTY CASE
                                      )
11      v.                            )    FINAL CASE SCHEDULE
                                      )
12  JOSEPH CABRERA SABLAN AND JAMES   )
    LEON GUERRERO,                    )
13                                    )
                    Defendants.       )
14                                    )
    _____ )

15

16

17      Pursuant to discussions held in open court and the

18  continuing preparation of the case by respective defense counsel,

19  the following final trial schedule is adopted.  This case was

20  filed August 14, 2008.  Countless hours and unprecedented expense

21  have been incurred in the preparation of this case.  The case is

22  approaching three years in age and by the time of trial, will

23  have been actively pending on the Court's docket over three and

24  one-third years.  Defendant Guerrero has engaged 11 experts and

25  Defendant Sablan has engaged 1 expert under the Criminal Justice

26  Act.  Because the Federal Defender has been sharing the costs of

27  defense for Defendant Sablan, the Court has not been provided the

28  total number of experts engaged by that Defendant.

                                 1

1    The Court now finds that the public's interest in a speedy

2 trial outweighs any possible justification for further delay in

3 this case; accordingly, the following schedule is established.

4    1.   The last date to file re-submission with United States

5 Attorney General addressing the issue of authorization of the

6 case as eligible for the death penalty as to each Defendant is

7 May 31, 2011.

8    2.   Defendants' briefs and supporting documents regarding

9 the issue of mental retardation as to each Defendant shall be

10 filed on or before June 1, 2011.  The government's response shall

11 be filed to Sablan's and Guerrero's mental retardation

12 submissions on or before June 21, 2011.  Defendants' replies

13 shall be filed on or before July 6, 2011.

14    3.   Any hearing on the issue of mental retardation of

15 Joseph Sablan shall be heard over July 13-15, 2011 commencing

16 daily at 8:30 a.m.  Any hearing on the issue of the mental

17 retardation of James Leon Guerrero shall be heard over the dates

18 of July 19-21, 2011, commencing daily at 8:30 a.m.

19    4.   Motions other than motions in limine shall be filed by

20 August 5, 2011.  The government's opposition shall be filed on or

21 before August 15, 2011.  Replies shall be filed on or before

22 August 19, 2011.  Such motions shall be heard on August 23, 2011

23 at 8:30 a.m.

24    5.   Disclosures of experts and expert reports pursuant to

25 the requirements of Federal Rules of Criminal Procedure

26 16(a)(1)(F) and 16(b)(1)(B) shall be filed on or before September

27 9, 2011.

28    6.   Motions in limine shall be filed on or before October

7, 2011.  Any oppositions thereto shall be filed by October 17, 2011.  Motions in limine and trial confirmation shall be heard October 25, 2011 at 8:30 a.m.

7.   The parties shall file proposed juror questionnaires and proposed voir dire questions by October 25, 2011.

8.   A hearing shall be held October 21, 2011 at 12:00 p.m. regarding the final juror questionnaire and voir dire procedures and Final Pretrial Conference.

9.   Two hundred pre-screened, proposed jurors shall be summoned to appear on November 8, 2011 at 8:30 a.m. for completion of juror questionnaires.  The U.S. Attorney will copy and provide copies of juror questionnaires to all counsel.

10.   All parties shall complete their review of juror questionnaires, and shall meet and confer re: any agreements as to "for cause" challenges to proposed jurors on or before November 9, 2011.

11.   The hearing on challenges for cause to prospective jurors shall be held November 10, 2011 at 10:00 a.m.

12.   Individual voir dire shall commence for the first group of 40 prospective jurors on November 14, 2011, at 8:30 a.m.

13.   Voir dire shall commence for the second group of 40 prospective jurors on November 15, 2011 at 8:30 a.m.  Voir dire shall commence for the third group of 40 prospective jurors on November 16, 2011 at 8:30 a.m.  Voir dire will commence for the fourth group of 40 prospective jurors on November 17, 2011 at 8:30 a.m.  Voir dire will commence for jury selection and exercise of peremptory challenges to the remaining 40 prospective jurors on November 18, 2011 at 8:30 a.m.

1    14.   The jury trial shall commence on November 28, 2011 at
2  8:30 a.m. and continue, Monday through Friday, until December 16,
3  2011.
4    15.   December 19, 2011 will be the first day of the holiday
5  recess and the trial on guilt shall resume January 4, 2012, at
6  8:30 a.m. if that trial has not been completed.
7
8  IT IS SO ORDERED.
9  Dated:   **March 8, 2011**            _____ **/s/ Oliver W. Wanger** _____
                                        UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28