1  **[prepared by]**
   **SALVATORE SCIANDRA, (SBN: 58256)**
2  **Law Offices of Salvatore Sciandra**
   **2300 Tulare Street, Suite 230**
3  **Fresno, California 93721**
   **559-233-1000 (voice)**
4  **559-233-6044 (facsimile)**
   **E-Mail: salsciandra@sbcglobal.net**
5
   **RICHARD G. NOVAK (SBN: 149303)**
6  **IRIS ROE LEE (SBN: 259370)**
   **Law Offices of Richard G. Novak**
7  **16633 Ventura Blvd. Suite 1200**
   **Encino, CA 91436**
8  **818-783-4648 (voice)**
   **818-905-1864 (facsimile)**
9  **E-Mail: richard@rgnlaw.com; iris@rgnlaw.com**

10 **Attorneys for Defendant**
   **JAMES NINETE LEON GUERRERO**
11

12

13                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
14
   **UNITED STATES OF AMERICA,**              )  **Case No. 1:08-CR-00259-OWW**
15                                            )
                  **Plaintiff,**              )  **ORDER MODIFYING AMENDED**
16                                            )  **FINAL CASE SCHEDULE**
              **vs.**                         )
17                                            )
   **JOSEPH CABRERA SABLAN, and**             )
18 **JAMES LEON GUERRERO,**                   )
                                              )
19                **Defendants.**             )
                                              )
20                                            )
                                              )
21
22
23      For the reasons stated on the record in open court on May 9, 2011, the AMENDED FINAL

24 CASE SCHEDULE filed on March 17, 2011 (Document No. 373) is hereby modified as follows:

25      1)  the May 31, 2011 deadline for the defendants to submit to the United States Attorney

26          General their positions as to why this matter should not proceed to trial as an authorized

27          capital prosecution is hereby vacated, and

28

1      2)   the June 1, 2011 deadline for the defendants to file motions pursuant to Atkins v. Virginia,

2         536 U.S. 304 (2002), the date for the United States to file its oppositions, if any, and the

3         dates for hearing on those motions are hereby vacated.

4     All other dates and deadlines set forth in the AMENDED FINAL CASE SCHEDULE remain in

5   effect pending further order of the Court.

6

7

8

   IT IS SO ORDERED.

9

10      Dated:   **May 11, 2011**            **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2