1 | DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
2 | 7852 South Elati Street, Suite 201
Littleton, Colorado
3 | Telephone:   303/797-1645
Facsimile:   303/730-0858
4 | E-mail:        Don@knightandmoses.com

5 | JOSEPH L. GREEN, Pro Hac Vice
The Law Firm of Joseph Green
6 | #1 McBride and Sons Center Drive, Suite 225A
Chesterfield MO 63005
7 | Telephone: 636/532-6600
Facsimile: 636/532-6602
8 | E-mail: joe@josephgreenlaw.com

9 | DANIEL J. BRODERICK, SB #89424
Federal Defender
10 | TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
11 | 801 I Street, 3rd Floor
Sacramento, California 95814
12 | Telephone:   916/498-6666
Facsimile:   916/498-6656
13 | E-mail:        Tim_Schardl@fd.org

14 | Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-00259-OWW |
|---|---|
| Plaintiff, | ) **DEATH PENALTY CASE** |
| v. | ) ORDER DIRECTING CLERK TO RETAIN DOCUMENTS UNDER SEAL |
| JOSEPH CABRERA SABLAN, | ) |
| Defendant. | ) |

Defendant Joseph Sablan has requested leave to have the Clerk retain under seal Documents 389, 390 and 423.  The documents contain information excerpted from discovery produced pursuant to protective orders.

The relevant exhibits and reply brief contain information that would be appropriate

Order                                                                                                              No. 1:08-cr-00259-0WW

1

for filing under seal pursuant to the Court's current protective orders.   Accordingly, the Court finds the request is appropriate under Local Rule 141 and Fed. R. Crim. P. 49.1(d) and should be GRANTED.

IT IS SO ORDERED.

**Dated:   June 9, 2011**                              /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE