[prepared by]
SALVATORE SCIANDRA (SBN 58256)
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
559-233-1000 (voice)
559-233-6044 (facsimile)
E-Mail: salsciandra@sbcglobal.net

RICHARD G. NOVAK (SBN 149303)
IRIS ROE LEE (SBN 259370)
Law Offices of Richard G. Novak
16633 Ventura Blvd. Suite 1200
Encino, CA 91436
818-783-4648 (voice)
818-905-1864 (facsimile)
E-Mail: richard@rgnlaw.com; iris@rgnlaw.com

Attorneys for Defendant
JAMES NINETE LEON GUERRERO

FILED
JUL 13 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-00259-OWW<br><br>[Proposed] ORDER AUTHORIZING UNDER SEAL FILING<br><br>(Pursuant to Local Rule 141) |

For the reasons stated in the Request to Seal Documents, including the declaration of Richard G. Novak, and for good cause shown, the document lodged wit the Court and captioned <u>Defendant James Ninete Leon Guerrero's Status Report Re. Competency</u> shall be filed under seal.

1  Access to this document shall be limited only to: 1) the Court and its staff, and
2  2) counsel of record for defendant James Ninete Leon Guerrero. The document shall
3  remain sealed unless and until this Court orders that it be unsealed.
4  The Request is hereby granted.

6  Dated: July 12, 2011

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE