[prepared by]
SALVATORE SCIANDRA (SBN 58256)
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
559-233-1000 (voice)
559-233-6044 (facsimile)
E-Mail: salsciandra@sbcglobal.net

RICHARD G. NOVAK (SBN 149303)
IRIS ROE LEE (SBN 259370)
Law Offices of Richard G. Novak
16633 Ventura Blvd. Suite 1200
Encino, CA 91436
818-783-4648 (voice)
818-905-1864 (facsimile)
E-Mail: richard@rgnlaw.com; iris@rgnlaw.com

Attorneys for Defendant
JAMES NINETE LEON GUERRERO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-00259-OWW<br><br>DEATH PENALTY CASE<br><br>ORDER RELEASING VIDEOTAPES OF DEFENDANT JAMES NINETE LEON GUERRERO'S BOP COMPETENCY EVALUATION TO PARTIES SUBJECT TO FOLLOWING PROTECTIVE ORDER |

For the reasons stated in the parties' Stipulation to Release Videotapes of Defendant James Ninete Leon Guerrero's BOP Competency Evaluation to Parties Subject to Protective Order, videotape recordings of Defendant James Ninete Leon Guerrero's BOP Competency Evaluation ordered by this Court on May 9, 2011 shall be released to counsel for Mr. Leon Guerrero and the United States.

The request for release of the videotape recordings is hereby granted pursuant to the following conditions:

1. The videotape recordings shall be unsealed only as to Mr. Leon Guerrero and the United States and remain sealed to all other parties and the public at large until further order of this Court;

2. The recordings shall be released subject to protective order;

3. Pursuant to the Court's prior order and in accordance with Federal Rule of Criminal Procedure 12.2(c)(4), the video recordings or any fruits thereof "may not be admitted into evidence against the defendant in any criminal proceeding except on an issue regarding mental condition on which the defendant: (A) has introduced evidence of incompetency or evidence requiring notice under Rule 12.2(a) or (b)(1), or (B) has introduced expert evidence in a capital sentencing proceeding requiring notice under Rule 12.2(b)(2)." (PACER Doc. No. 414, ¶ 10); and

4. Counsel for Mr. Leon Guerrero shall be granted access to the video recordings lodged with the court in order to make copies for Mr. Leon Guerrero and the United States. Counsel for Mr. Leon Guerrero shall return the original video recordings to the court when reproduction is complete. Counsel for Mr. Leon Guerrero shall be responsible for distributing copies of the recordings to the United States.

IT IS SO ORDERED.

Dated:   **July 29, 2011**           **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE