UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

* * *

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff(s),             )
                                  )
            vs                    )   Case # 1:08-CR-259-PMP
                                  )
JOSEPH CABRERA SABLAN, et al.,    )
                                  )   ORDER SETTING TELEPHONIC
        Defendant(s).             )   STATUS CONFERENCE
                                  )

**IT IS ORDERED** a Telephonic Status Conference is set for **Monday, January 9, 2012, at 1:00 p.m.** Only lead counsel for each defendant and government counsel must be present on the conference call. Counsel are instructed to call the meet-me-line number (**702-464-5625**) on the date and time set above and remain on the line until the clerk comes on to take roll.

DATED this 3rd day of January, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE