UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 1:08-CR-259-PMP |
| ) | |
| JOSEPH CABRERA SABLAN, et al., ) | |
| ) | AMENDED ORDER SETTING TELEPHONIC |
| Defendant(s). ) | STATUS CONFERENCE |

In light of the briefing schedule established before the Ninth Circuit Court of Appeals in connection with Defendant Guerrero's Interlocutory Appeal,

**IT IS ORDERED** that the Competency Hearing previously set for February 7 & 8, 2012, is hereby **VACATED.** The Court will conduct a Telephonic Status Conference with counsel on **Monday, January 9, 2012, at 1:00 p.m.** to address establishing a time frame for rescheduling the Competency Hearing. Only lead counsel for each defendant and government counsel must be present on the conference call. Counsel are instructed to call the meet-me-line number (**702-464-5625**) on the date and time set above and remain on the line until the clerk comes on to take roll.

DATED this 4th day of January, 2012.

*[signature]*

PHILIP M. PRO, U.S. DISTRICT JUDGE