UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE CABRERA SABLAN and ) <br> JAMES NINETE LEON GUERRERO, ) <br> ) <br> Respondent. ) | **O R D E R** <br> <br> 1:08-cr-00259-PMP |

**IT IS ORDERED** a Status Conference on this case and Hearing on [531] Defendant James Ninete Leon Guerrero's Notice of Withdrawal of Motion for Hearing to Determine Competency is set for **Tuesday, February 5, 2013, at 1:00 p.m. in Fresno, California.** Lead counsel for the Government, Lead counsel for the Defendants and the Defendants are required to be present at this hearing.

**IT IS FURTHER ORDERED** counsel for each party shall file a Status Report on the case by **January 22, 2013.**

Dated: December 3, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE