UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, et al.,<br><br>Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER AUTHORIZING UNDER SEAL AND IN CAMERA FILING** |

For the reasons stated in Defendant James Ninete Leon Guerrero's Request to Seal Document (Doc. #532, Attach. 1), and for good cause shown, the document lodged with the Court and captioned Declaration of Richard G. Novak Filed in Conjunction with Defendant James Ninete Leon Guerrero's Notice of Withdrawal of Motion For Hearing to Determine Competency and Exhibits Thereto shall be filed under seal and in camera.

Access to the sealed document shall be limited only to: 1) the Court and its staff, and 2) counsel of record for defendant James Ninete Leon Guerrero. The document shall remain sealed unless and until this Court orders that it be unsealed. The Request is hereby granted.

DATED: January 23, 2013

_____
PHILIP M. PRO
United States District Judge