UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-00259-PMP<br><br>**ORDER SETTING TRIAL DATE AND SCHEDULE FOR PRE-TRIAL MOTIONS** |

Pursuant to the direction of this Court, Defendant Joseph Cabrera Sablan filed a Proposed Schedule (Doc. #551, Attach. 1) for remaining motions and a trial date for this case. Defendant James Ninete Leon Guerrero filed a separate Proposed Schedule (Doc. #552, Attach. 1), which the Government joined.

The Court finds the schedules proposed by the parties is excessive and will unnecessarily delay the trial of this case which has already suffered 5 years of delay due to a variety of procedural issues and an interlocutory appeal. During this time, counsel for the Defendants have had ample time to conduct pre trial and mitigation investigation and discovery, have consulted with numerous experts, and to develop a close working relationship with their clients. There is no reason this case cannot be tried to a jury commencing July 2014. The Court hereby sets the following amended motion and trial schedule to accomplish this goal:

**A. Motions to Change Venue and for Severance; Motions regarding Jury Venire or Jury Selection Process; Motions to Suppress Evidence and Dismiss the Indictment; Challenges to the Death Penalty; and any remaining Discovery Motions:**

   Motions due on or before May 15, 2013

   Responses due within 30 days of filing of Motion, at the latest by June 17, 2013

   Replies due within 15 days of filing of Response, at the latest by July 1, 2013[1]

**B. Atkins Motion; Government's Motion to Renew/Amend Notice of Intent to Seek Death Penalty; all other Motions not otherwise specified due that may require testimony or evidence:**

   Motions due on or before July 29, 2013

   Responses due within 30 days of filing of Motion, except the Government's response to the Atkins motion is due October 16, 2013

   Replies due within 15 days of filing of Response, at the latest by November 1, 2013

   Atkins Hearing on December 9 and 10, 2013.

Defendant Leon Guerrero has previously announced the intention to file an Atkins motion, but has also indicated difficulty in finding an expert to conduct testing of Defendant Leon Guerrero.  Ample time has been accorded to do so, and the parties are expected to comply with the time frames outlined above.  Additionally, there is no need for the Government to delay securing its Atkins expert and arranging for examination of Defendant Guerrero in sufficient time to comply with the filing deadlines set forth above.  Regardless, difficulties in securing an Atkins expert provide no basis for adjusting other deadlines set forth in this scheduling Order.

---

[1] Where no hearing date is indicated for a motion, the matter will be decided on the papers. If a hearing is determined to be necessary, it will be set by the court.

**C. Any other Motions not Included in Section F below:**

    Motions due August 16, 2013

    Responses due September 16, 2013

    Replies due September 30, 2013

**D. Counsel for the parties shall meet and confer, and shall, not later than September 25, 2013, file a Joint Proposed Jury Questionnaire.  To the extent counsel cannot agree on particular questions, they shall state their objections thereon.  The Court will thereafter schedule such hearings as necessary to finalize the Jury Questionnaire and the procedure for its use.**

**E. Expert Disclosures:** January 13, 2014

**F. Motions Regarding Inadequate Expert Notice and to Preclude or Limit Expert Testimony; Motion regarding Requested Voir Dire Questions; Motions in Limine:**

    Motions due February 12, 2014

    Responses due March 12, 2014

    Replies due March 26, 2014

**G. Government Disclosure of Witness List and Exhibits; Defense Applications for Writs of Habeas Corpus Ad Testificandum and Trial Subpoenas Requiring United States Marshal Service Transport**: March 31, 2014

**H. Pre-trial Conference; and Hearing on all pending pre-trial Motions:** May 30, 2014

///

1  **I. Jury Selection and Trial commence:** July 7, 2014

3  **IT IS SO ORDERED.**

5  DATED:  March 1, 2013

_____
PHILIP M. PRO
United States District Judge