**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-00259-PMP<br><br>**ORDER AUTHORIZING UNDER SEAL FILING**<br><br>(Pursuant to Local Rule 141) |

For the reasons stated in the declaration of Iris Y. Roe filed in support of the Request to Seal Documents and for good cause shown, the Ex Parte Application for Order Authorizing Issuance of Eleven *Subpoena Duces Tecum*; Memorandum of Points and Authorities; Declaration of Iris Y. Roe; Exhibits and the Proposed Order may be filed under seal.

Access to these documents shall be limited only to: 1) the Court and its staff and 2) counsel for record for defendant James Ninete Leon Guerrero. The documents shall remain sealed unless and until this Court orders that it be unsealed.

//

//

1  The Request is hereby granted.

2

3  Dated:  May 1, 2013

   _____
4  PHILIP M. PRO
   UNITED STATES DISTRICT JUDGE

2