# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                                )<br>                     Plaintiff,                   )<br>                                                                )<br>  vs.                                                         )<br>                                                                )<br>                                                                )<br>JOSEPH CABRERA SABLAN and  )<br>JAMES NINETE LEON GUERRERO, )<br>                                                                )<br>                     Defendants.              )<br>                                                                )<br>_____ ) | 1:08-CR-00259-PMP<br><br><br><br>O R D E R |

In its Response (Doc. #624) filed June 17, 2013, Plaintiff United States states that it does not oppose Defendant Leon Guerrero's Motion to Suppress Statements (Doc. #596) and Defendant Sablan's Motion to Suppress Statement (Doc. #598) filed May 15, 2013.

**IT IS THEREFORE ORDERED** that the Motions to Suppress Statements (Docs. #596 & #598) filed on May 15, 2013, on behalf of Defendants Leon Guerrero and Sablan, respectively, are **GRANTED** provided that the Defendants' statements at issue may be utilized for cross-examination in the event Defendants elect to testify during the guilt or penalty phase of the trial.

DATED: July 16, 2013.

_____
PHILIP M. PRO
United States District Judge