UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>           Plaintiff,                         )<br>                                                           )<br>v.                                                     )<br>                                                           )<br>JOSEPH CABRERA SABLAN, et al., )<br>                                                           )<br>           Defendants.                    )<br>_____) | 1:08-cr-00259-PMP<br><br>**ORDER** |

Based on the Joint Response of Plaintiff United States of America and Defendant James Ninete Leon Guerrero to Order to Show Cause Issued on June 4, 2013; Declaration of Richard G. Novak, the Court finds good cause for the continued sealing of Doc. #609 and Doc. #612.

IT IS ORDERED that Doc. #609 and Doc. #612 shall remain under seal until further order of this Court, and be made available only to: (1) the Court and its staff and (2) all counsel of record for the parties in this action.

DATED: July 17, 2013

_____
PHILIP M. PRO
United States District Judge