UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>　　　　Plaintiff,  <br>v.  <br>JOSEPH CABRERA SABLAN, et al.,  <br>　　　　Defendants. | 1:08-cr-00259-PMP  <br><br>**ORDER** |

Based upon the statements contained in Mr. Sablan's Unopposed Motion to Combine Due Dates for Motions to Be Filed (Doc. #669), which is joined in by Mr. Leon Guerrero and not opposed by the government, the Court finds good cause for these dates to be combined.

IT IS ORDERED that Mr. Sablan's Unopposed Motion to Combine Due Dates for Motions to Be Filed (Doc. #669) is hereby GRANTED. All remaining motions stated in Part B and Part C of this Court's previous Scheduling Order (Doc. #558) (all other Motions not otherwise specified due that may require testimony or evidence; and any other Motions not Included in Section F) are now due to be filed by the parties on or before August 16, 2013, subject to further Orders of the Court following the hearing on July 30, 2013. The Court's previous modification of the Scheduling Order with regard to Atkin's issues (Doc. # 661) remains unchanged by this Order.

DATED: July 18, 2013

_____  
PHILIP M. PRO  
United States District Judge