UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>              Plaintiff,    )<br>v.    )<br>JOSEPH CABRERA SABLAN, et al.,    )<br>              Defendants.    ) | 1:08-cr-00259-PMP<br><br>**ORDER AUTHORIZING UNDER SEAL FILING** |

Defendant Joseph Cabrera Sablan requests leave to file declaration of counsel offered as Exhibit A in support of Mr. Sablan's Motion for Access to Evidence & Judicial Records. (Def. Sablan's Not. of Request to File Documents Under Seal (Doc. #574).) Defendant Sablan has complied with Local Rule 141 by publicly filing and serving on opposing counsel his request to seal which describes the documents, the redacted content, and the reasons for filing under seal.

Defendant Sablan's Counsel asserts that declaration contains information protected by the attorney-client privilege and work-product doctrine. After reviewing the declaration, the Court finds it contains matter protected by the attorney-client and work-product protections. The Court further finds that under the circumstances of this capital prosecution the public and private interests in favor of sealing outweigh the public interest in open judicial records.

1    This Court, being fully informed in the premises, finds Defendant Sablan's
2  Request to File Documents Under Seal (Doc. #574) is supported by substantial grounds for
3  sealing and should be GRANTED.  The documents shall remain under seal until further
4  order of this Court, and be made available only to: (1) the Court and its staff and (2) counsel
5  for Defendant Joseph Cabrera Sablan.
6    IT IS SO ORDERED.

8  DATED:  August 1, 2013

   _____
   PHILIP M. PRO
   United States District Judge