# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 1:08-CR-00259-PMP |
| vs. | ) ) ) | |
| JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO, | ) ) ) | ORDER |
| Defendants. | ) ) ) | |

Before the Court for consideration is Defendant Sablan's fully briefed Motion for Bill of Particulars (Doc. #600). Co-Defendant Leon Guerrero filed a Notice of Joinder (Doc. #602) on May 15, 2013. As a result, the Order below applies equally to Defendants Sablan and Leon Guerrero.

In his Motion (Doc. #600) Defendant Sablan broadly characterizes the relief requested as,

> ". . . an order directing the United States to provide a bill of particulars and/or such other description of the factual basis for its allegations as is necessary to fulfill the purposes of Fed. R. Crim. P. 7(f) and this Court's constitutional duty to ensure the death penalty is not impose on the basis of emotion or other arbitrary and capricious grounds."

After considering the Government's Response (Doc. #625), however, Defendant refines the relief requested to ". . . a bill of particulars regarding *mens rea* and a bill of particulars or other informative outline regarding the proposed use of the heinousness aggravator." (Doc. #645).

///

The Court finds that the notice provided by the pleadings filed and discovery produced are sufficient to obviate the need for a bill of particulars under Rule 7(f) of the Federal Rules of Criminal Procedure.

**IT IS THEREFORE ORDERED** that Defendants' Motion for a Bill of Particulars (Doc. #600) is DENIED.

DATED:  August 2, 2013.

_____
PHILIP M. PRO
United States District Judge