# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN and<br>JAMES NINETE LEON GUERRERO,<br><br>    Defendants. | 1:08-CR-00259-PMP<br><br><u>ORDER</u> |

  Before the Court for consideration is Defendant Sablan's fully briefed Third Motion for Discovery and Inspection (Doc. #601).  Co-Defendant Leon Guerrero has not joined in this particular Motion.  The title of the Motion alone suggests that the Parties have had considerable difficulty in resolving discovery issues in this case.

  Sablan's Motion is comprised of ninety-seven separate requests.  Some of the requests are specific, others are not.  Moreover, some of Sablan's discovery requests are not amenable to an enforceable order of this Court.  For example, when discovery requests are made for an order requiring the production of "all documents or whatever kind and wherever they may be located," the request is essentially meaningless.  Counsel for the Parties should have met and conferred in an effort to resolve their discovery disputes, and to the extent they were unable to do so, the requests for discovery should be put in a form to which Plaintiff could intelligibly respond, thereby permitting the Court to consider an enforceable order.

To some of the discovery requests, Plaintiff responds that the materials sought have already been provided or do not exist.  To other requests, Plaintiff simply provides a general objection on the grounds that Defendant has failed to demonstrate materiality of the requested items.  The Parties can do better.

**IT IS THEREFORE ORDERED** that counsel for Defendant Sablan shall **within thirty (30) days of the date of this Order** meet with counsel for Plaintiff United States and confer regarding the ninety-seven requests encompassed within Sablan's Third Motion for Discovery and Inspection (Doc. #601), and shall at such conference attempt to resolve or otherwise clarify and refine the discovery sought. Thereafter, counsel for the Parties shall, on or before **September 24, 2013**, file jointly a Supplement to Defendant Sablan's Third Motion for Discovery and Inspection (Doc. #601) which shall inform the Court as to which of the ninety-seven discovery requests remain at issue.  As to each of the ninety-seven discovery requests unresolved by the Parties, Defendant Sablan shall specifically articulate the material that is being requested, and why, and to which Plaintiff shall provide a specific response.  Upon receipt of the Joint Supplement to Defendant Sablan's Third Discovery Motion, the Court will review the same and issue an Order on Defendant Sablan's outstanding Third Discovery Motion.

DATED:  August 2, 2013.

PHILIP M. PRO
United States District Judge