IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>ORDER FOR EXTENSION OF TIME TO FILE MOTIONS |

THIS MATTER, coming on to be heard this 13 day of August, 2013, upon the Unopposed Motion of Mr. Sablan for an extension of time in which to file certain motions, and for leave to file a proposed trial schedule, and the Court having found good cause,

ORDERS that the two motions stated in Mr. Sablan's Motion for Extension of time will be due to be filed on September 6, 2013.  Furthermore, counsel for Mr. Sablan and the government will file, on or before August 16, 2013, a proposed trial schedule which will set forth all of the dates for the filing of all foreseeable matters between the date of this order and the trial date that is set for April 6, 2015.

IT IS SO ORDERED

Dated: August 13, 2013

_____
Philip M. Pro
UNITED STATES DISTRICT JUDGE

1