UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 1:08-cr-00259-PMP |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JOSEPH CABRERA SABLAN, et al., ) | |
| ) | |
| Defendants. ) | |

THIS Court, having reviewed the Stipulation (Doc. #683) reached between Counsel for Mr. Sablan and the government regarding a proposed trial schedule as to that phase of this litigation involving only Mr. Sablan, and the Court finding it to be well taken,

ORDERS, that the following Amended Trial Schedule (as to Mr. Sablan only) will govern that part of this litigation pertinent to defendant Sablan. Where no hearing date is indicated for a motion, the matter will be decided on the papers. If a hearing is necessary, it will be set by the court.

1. Motion for Bill of Particulars regarding government's revised NOI Due: August 16, 2013

    Response: September 16, 2013

    Reply: October 1, 2013

2. Deadline for parties to meet and confer on Defendant's Third Motion for Discovery Due:  September 2, 2013

3. Defense Motion to Dismiss or for extraordinary relief Due: September 6, 2013

   Response: October 7, 2013

   Reply: October 21, 2013

4. Defense Motion attacking application of the FDPA re: Arbitrariness Due: September 6, 2103

   Response: November 5, 2013

   Reply November 20, 2013

5. Parties to file joint Supplement to Defendant's Third Motion for Discovery informing Court of matters still at issue Due:  September 24, 2013

6. Status Conference and hearing on outstanding motions: October 24, 2103

7. Motion for change of Venue Due: February 12, 2014

   Response: March 12, 2014

   Reply: March 26, 2014

8. Motions in Limine re: Liability and Penalty phases Due:  October 8, 2014

   Response: November 8, 2104

   Reply: November 25, 2014

9. Government and Defense Expert Disclosure of Reports and Results of physical or mental examination or scientific tests (other than Mental Health) as required by FRCRP 16 Due: October 8, 2014

10. Supplemental Motion for Change of Venue (based on changed circumstances) Due: October 8, 2014

    Response: November 8, 2014

    Reply: November 25, 2014

///

11. Any other remaining motions regarding jury selection procedures not previously filed Due:  November 3, 2014

    Response: December 3, 2014

    Reply: December 18, 2014

12. Motions challenging the sufficiency of expert disclosures (other than mental health) and/or to restrict scope of expert testimony Due: November 7, 2014

    Response: December 8, 2014

    Reply: December 23, 2014

13. Parties to exchange proposed jury questionnaire: November 7, 2014

14. Parties meet and confer in order to complete joint proposed jury questionnaire: November 21, 2104.

15. Draft of joint proposed jury questionnaire and any additional non-joint requests for jury questions Due: December 5, 2014

16. Defendant's Rule 12.2(a) OR (b)(1) Notice Due: December 8, 2014

17. Government witness lists and proposed trial exhibits for guilt and penalty phases Due: January 6, 2015

18. Defense Applications for Writs of Habeas Corpus Ad Testificandum and all trial subpoenas to be served by the US Marshal Service or for which transport of witnesses is required Due: January 6, 2015

19. Court hearing to resolve issues re jury questionnaire: January 6, 2015

20. Defendant's Rule 12.2(b)(2) Notice to government Due: January 8, 2015

21. Final Jury questionnaire provided to jury office: January 23, 2015

22. Government's Rule 12.2(c) Motion Due: January 29, 2015

///

///

///

23.     Joint Pre-trial report due: February 5, 2015

24.     Voir dire begins:  April 6, 2015

   IT IS SO ORDERED.

DATED: August 16, 2013

_____

PHILIP M. PRO

United States District Judge

4