UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>     Plaintiff,   )<br>            )<br> v.         )<br>            )<br> JOSEPH CABRERA SABLAN, et al.,  )<br>            )<br>     Defendants.  )<br>            ) | 1:08-cr-00259-PMP<br><br>**ORDER** |

   Before the Court for consideration is Defendant Sablan's Motion to File Under Seal Pursuant to Local Rule 141 (Doc. #702), relating to Defendant Sablan's document captioned "Defendant Sablan's Combined Motion to Dismiss Indictment and Memorandum of Points and Authorities and Declarations and Exhibits Thereto."

   **IT IS ORDERED** that Defendant Sablan's Motion to File Under Seal (Doc. #702) is GRANTED provided that an unsealed copy of Defendant Sablan's combined Motion to Dismiss Indictment and Memorandum of Points and Authorities and Declarations and Exhibits Thereto shall be served upon Plaintiff United States forthwith.

   **IT IS FURTHER ORDERED** that Plaintiff United States shall thereafter have ten (10) days within which to file a Motion to Unseal any portion of Defendant Sablan's Motion should the Government deem it appropriate to do so.

DATED: September 27, 2013.

_____
PHILIP M. PRO
United States District Judge