1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

8

9

10

11

12

13

14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:08-cr-00259-PMP |
| Plaintiff, | ) ) ) | **ORDER** re: Motions to be heard at Status Conference scheduled for October 24, 2013 at 9:30 a.m. in Courtroom 3 |
| v. | ) ) | |
| JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO, | ) ) ) | |
| Defendants. | ) ) ) | |

15      At the telephonic Status Conference conducted July 30, 2013 (Doc. #674), the

16   Court confirmed that the in-court status conference set for October 24, 2013 would

17   commence at 9:30 a. m. in Courtroom No. 3.  The Court further ordered that counsel for the

18   Parties should immediately take all steps necessary to ensure that both Defendants Sablan

19   and Leon Guerrero are physically present at said status conference.

20      **IT IS ORDERED** that at the status conference on October 24, 2013 the Court

21   will hear argument on the following motions:

22      1.   Defendant Sablan's Motion for Appropriate Conducted Voir Dire (Doc.

23         #590);

24      2.   Defendant Sablan's Motion to Trifurcate Jury Deliberations (Doc. #594);

25      3.   Defendant Leon Guerrero's Motion to Dismiss Counts I & II of the

26         Indictment (Doc. #688);

4.   Defendant Leon Guerrero's Motion for Order Precluding Death Penalty (Doc. #689);

5.   Joint Supplement of Plaintiff and Defendants Regarding Defendant Sablan's Motion to Compel (Doc. #709);

6.   Defendant Leon Guerrero's Motion to Strike or Modify the Notice of Intent to Seek the Death Penalty (Doc. #595);

7.   Joint Statement of Plaintiff and Defendants Concerning Amended Notice of Intent to Seek the Death Penalty (Doc. #685);

8.   Defendant Leon Guerrero's Motion to Vacate Trial Date (Doc. #713); and

9.   All unresolved *Ex Parte* Applications to Amend Defendants' CJA Budgets.

**IT IS FURTHER ORDERED** that the Court will not receive testimonial evidence at the status conference on October 24, 2013, but will instead entertain arguments of counsel regarding the need for specific evidentiary presentations with regard to any of the foregoing motions at a future date.

DATED: September 30, 2013.

PHILIP M. PRO
United States District Judge

2