UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 1:08-cr-00259-PMP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** re: Defendant Sablan's Motion for Bill of Particulars (Doc. #684) |
| JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO, | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendant Sablan's fully briefed Motion for Bill of Particulars Pertaining to the Amended Notice of Intent to Seek Death Penalty (Doc. #684) filed August 16, 2013.  Defendant Guerrero did not join in Defendant Sablan's Motion.

The Court finds that the material cited in the Government's Response (Doc. #705) has either been produced or will be produced in sufficient manner to obviate the need for a bill of particulars under Rule 7(f) of the Federal Rules of Criminal Procedure.

**IT IS ORDERED** that Defendant Sablan's Motion for Bill of Particulars Pertaining to the Amended Notice of Intent to Seek Death Penalty (Doc. #684) is **DENIED**.

DATED: October 1, 2013.

PHILIP M. PRO
United States District Judge