# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE CABRERA SABLAN, and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | DEATH PENALTY CASE<br>Case No. 1:08-CR-00259-PMP<br><br>ORDER EXTENDING TIME TO FILE REPLY TO GOVERNMENT'S OMNIBUS RESPONSE TO DEFENDANT'S MOTIONS TO DISMISS COUNTS ONE AND TWO OF THE INDICTMENT, AND MOTION TO PRECLUDE SEEKING OF THE DEATH PENALTY |

For good cause shown, the Court hereby orders that the Reply to the Government's Omnibus Response to Defendant's Motions to Dismiss Counts One and Two of the Indictment, and Motion to Preclude Seeking of the Death Penalty shall be filed no later than October 24, 2013.

IT IS SO ORDERED.

Dated: October 4, 2013

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE