IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>ORDER RE:  STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO GOVERNMENT'S RESPONSE TO DEFENDANT SABLAN'S APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM. |

This matter coming onto be heard this  12  day of November, 2013 upon the stipulated request by Mr. Sablan and the government for an extension of time to file his Reply to the government's Response (Doc. 746) to defendant Sablan's application for writ of habeas corpus ad prosequendum (Doc. 732), and the Court having reviewed said request, and being fully apprised in this matter, FINDS the requested to be well taken.

WHERFORE, Mr. Sablan shall be granted until December 30, 2013 to file his Reply to the government's Response to defendant Sablan's application for writ of habeas corpus ad prosequendum.

DATED: November 12, 2013

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE