UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, and JAMES NINETE LEON GUERRERO,<br><br>            Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER RE DEFENDANT SABLAN'S DISCOVERY REQUEST NO. 6**<br>**(Doc. #601 & # 709)** |

On October 24, 2013, the Court conducted a hearing regarding a variety of motions pending in this case (Doc. #742), including argument regarding Request No. 6 set forth in Defendant Sablan's Motion for Discovery (Doc. #601 & #709). At the hearing, the Court directed that Plaintiff United States submit for *In Camera Review* the STG Report at issue.

On November 5, 2013, Assistant United States Attorney Rice submitted to the Clerk's Office the required STG Report for *In Camera Review*. Having completed the review of the materials submitted, the Court finds that Defendant Sablan's Motion for Discovery  Request # 6 relating to the STG Report pertaining to co-Defendant Leon Guerrero should be denied.

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall retain the copies of the redacted and un-redacted STG Report at issue in a sealed condition.

DATED: December 9, 2013

_____
PHILIP M. PRO
United States District Judge