UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, and JAMES NINETE LEON GUERRERO,<br><br>        Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER RE DEFENDANT SABLAN'S DISCOVERY REQUEST NO. 97 (Doc. #601 & #709)** |

On October 24, 2013, the Court conducted a hearing regarding a variety of motions pending in this case (Doc. #742), including argument regarding Request No. 97 set forth in Defendant Sablan's Motion for Discovery (Doc. #601 & 709). At the hearing, the Court directed that Plaintiff United States submit for *In Camera Review* the STG Report at issue.

On November 13, 2013, Plaintiff United States submitted for the Court's *In Camera Review*, the Declaration of Valerie Stewart, and specified emails, pursuant to the Court's Order entered at the hearing conducted October 24, 2013, pertaining to Discovery Request No. 97 set forth in Defendant Sablan's Motion for Discovery (Doc. #601 & 709).

The Court has completed its *In Camera Review* of the materials submitted, and finds that none of the twenty emails submitted fall within the scope of Defendant Sablan's Discovery Request No. 97. Hence, Plaintiff United States shall not be required to produce said emails. The Court does find it appropriate, however, to require Plaintiff United States to disclose to counsel for Defendant Sablan and Leon Guerrero, a copy of the following portions of the Declaration of

Valerie Stewart submitted for *In Camera Review* and dated November 8, 2013.  The paragraphs which shall be produced are Paragraphs 1 through 7, inclusive.  Paragraphs 8, 9 and 10, however, shall be redacted from the copy of the Declaration of Valerie Stewart produced for defense counsel.  The redacted copy of Ms. Stewart's Declaration shall be produced by the Government on or before December 27, 2013.

      **IT IS SO ORDERED**.

      **IT IS FURTHER ORDERED** that Defendant Sablan's Request for Discovery No. 97, set forth in Defendant Sablan's Motion for Discovery (Doc. #601 & 709) is DENIED in all other respects.

      **IT IS FURTHER ORDERED** the Clerk of Court shall retain under seal the entire *In Camera* submission provided by Plaintiff United States on Nov. 13, 2013.

DATED: December 9, 2013

_____
PHILIP M. PRO
United States District Judge