UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>    Defendants. | 1:08-CR-00259-PMP<br><br>**ORDER** on Government's Motion for Reconsideration of the Court's Order Dated December 9, 2013 (Doc. #765) |

Having considered the Government's Motion for Reconsideration (Doc. #765) of the Court's December 9, 2013 Order (Doc. #761), Defendant Leon Guerrero's Opposition thereto (Doc. #769), the arguments of counsel presented at the telephonic hearing conducted December 20, 2013, the Declaration of Dr. Robert L. Denney (Doc. #772) filed December 30, 2013, and Defendant Leon Guerrero's Response (Doc. #776) filed December 30, 2013, good cause appearing,

**IT IS THEREFORE ORDERED** that the Government's Motion for Reconsideration (Doc. #765) is **GRANTED** to the extent that the portion of this Court's Order (Doc. #761) requiring that all psychological or psychiatric testing of Defendant Leon Guerrero be video recorded is hereby vacated.

Dated: December 31, 2013

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE