UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>　　　　Defendants. | 1:08-CR-00259-PMP<br><br>**ORDER** on Defendant Sablan's Unopposed Second Request for Extension of Time to File a Reply to the Government's Response to His Application for Writ of Habeas Corpus Ad Prosequendum (Doc. #778) |

Before the Court is Defendant Jose Cabrera Sablan's unopposed second request for an extension of time (Doc. #778) to file his Reply to the government's Response (Doc. #746) to Defendant Sablan's Application for Writ of Habeas Corpus Ad Prosequendum (Doc. #732). The Court having reviewed said request, and being fully apprised in this matter, FINDS the request to be well taken.

**IT IS THEREFORE ORDERED** that Defendant Sablan's Unopposed Second Request for Extension of Time to File a Reply to the Government's Response to His Application for Writ of Habeas Corpus Ad Prosequendum (Doc. #778) is **GRANTED**. Defendant Sablan shall have until January 31, 2014 to file his Reply.

Dated: January 3, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE