IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>**MODIFIED PROTECTIVE ORDER** |
|---|---|

    Two of the attorneys representing Joseph Cabrera Sablan, who also represent the defendant in *United States v. Samuel R. Stone*, No. 1:12-cr-72 JCC GSA, have moved this Court to modify the Protective Order entered in this case on September 25, 2009. The Protective Order provides that the attorneys may not transfer, reveal or use certain documents except in connection with the litigation in this case. Prot. Order (Doc. 120) at ¶ 7. Specifically at issue here are documents defense counsel had scanned at USP Atwater in January 2010, then uploaded to a remote digital storage facility where they

1

created a database of the documents and their contents. The attorneys move that the Protective Order in this case be modified to permit the members of Mr. Stone's defense team to have the same access to the documents as the *Sablan* defense team, but for the purpose of identifying documents that may be relevant and material to Mr. Stone's defense. In order to ensure that the same restrictions apply, the attorneys will seek a Protective Order in the *Stone* case that contains the protections set forth in Paragraphs 3 through 8 of this Court's Protective Order.

This Court, being fully informed in the premises, finds the attorneys' motion is supported by **GOOD CAUSE** and should be **GRANTED**. The Protective Order entered in this case on September 25, 2009, is modified as follows:

1. Paragraph 7 of the Protective Order is modified to provide that the members of the defense team in *United States v. Stone*, 1:12-cr-72 JCC GSA, may take possession of, inspect, and make copies of, documents that counsel for Mr. Sablan had scanned at USP Atwater in 2010.

2. In the lower right corner of each page of every document downloaded by the *Stone* defense team for use in that case there will be a six-digit number with the prefix ATWDSC. The attorneys for Mr. Stone will further mark each page of these documents "COVERED BY PTO in US v. SABLAN, No. 1:08-cr-259 PMP."

3. The attorneys will request that Judge Coughenour enter a Protective Order in the *Stone* matter providing the same degree of protection for personal information that is provided in Paragraphs 3 through 8 of the Protective Order in this case (Doc. 120).

4. Prior to the entry of the Protective Order in *Stone*, the attorneys and any investigators, paralegals or experts working with them shall not reveal to any person the documents downloaded from the files in this case. After the entry of the Order in *Stone*, use and dissemination of the information downloaded from the files in this case will be governed by that Order.

IT IS SO ORDERED

DATED: January 27, 2014

_____
Hon. PHILIP M. PRO
UNITED STATES DISTRICT JUDGE