|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>[~~Proposed~~] ORDER RE: DEFENDANT SABLAN'S APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM. |

This matter coming onto be heard this 5th day of February, 2014 based upon Mr. Sablan's Application for Writ of Habeas Corpus Ad Prosequendum (Doc. 732), and the government's Response (Doc. 746) and Mr. Sablan's Reply (Doc. 778), and the Court having reviewed said pleadings, and being fully apprised in this matter, FINDS that the request is now moot and the Application should be withdrawn.

WHERFORE, Mr. Sablan Application for Writ of Habeas Corpus Ad Prosequendum (Doc. 732) is withdrawn as moot.

DATED: February 5, 2014

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE