IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>ORDER MODIFYING SCHEDULE FOR FILING MOTION FOR CHANGE OF VENUE |
|---|---|

Defendant Sablan has moved the Court to modify its scheduling order such that Mr. Sablan may file a single motion for change of venue on October 8, 2014, rather than a joint motion with Mr. Leon Guerrero on February 12, 2014, and a supplemental motion on October 8, as contemplated under the current schedule. Order filed 8/19/13 (Doc. 690) at 2. Mr. Sablan asserts two grounds for the modification. First, a lack of resources brought on by Mr. Leon Guerrero's decision not to pursue a change of venue for his trial. Second, Mr. Sablan asserts a belief that due to anticipated changes in circumstances brought on by the *Atkins* hearing and the trial of Mr. Leon Guerrero, the filing of a single motion would promote judicial economy. The government does not oppose the motion.

This Court, being fully informed in the matter, finds the motion is supported by GOOD CAUSE and should be GRANTED. The February 12, 2014, due date for a motion for change of venue is VACATED. The existing schedule for a supplemental motion for change of venue shall govern any motion Mr. Sablan may file on that issue.

IT IS SO ORDERED.

DATED: February 12, 2014.

_____
HON. PHILIP M. PRO
UNITED STATES DISTRICT JUDGE