UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>        Defendants. | 1:08-CR-00259-PMP<br><br>**ORDER** |

Defendant Joseph Cabrera Sablan's Motion to be Physically Present for Defendant James Leon Guerrero's Atkins Hearing (Doc. # 808) Is DENIED.

Defendant Sablan has failed to show good cause warranting his attendance. Defendant Sablan, and his counsel, will have full access to a transcript of the Atkins hearing proceedings, and all filings made in connection therewith, including the ultimate ruling of this Court.

Additionally, while counsel for Defendant Sablan are welcome to attend the Atkins hearing for Defendant Leon Guerrero, which is a public proceeding, the Court will not authorize the expenditure of Criminal Justice Act ("CJA") funds to pay for their attendance, but will authorize the expenditure of CJA funds to pay for the cost of a copy of the transcript of the Atkins hearing proceedings.

**IT IS SO ORDERED.**

Dated: March 4, 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE