DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado 80120
Telephone: 303/797-1645
Facsimile: 303/730-0858
E-mail: don@knightandmoses.com

JOSEPH L. GREEN, Pro Hac Vice
The Law Firm of Joseph Green
#1 McBride and Sons Center Drive
Suite 225A
Chesterfield, Missouri 63005
Telephone: 636/532-6600
Facsimile: 636/532-6602
E-mail: joe@josephgreenlaw.com

HEATHER E. WILLIAMS, SB#122664
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: tim_schardl@fd.org

Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN,<br><br>Defendant. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>ORDER |

Defendant Joseph Cabrera Sablan requests that the Clerk be directed to remove Document 866 and the attached exhibits from the public record and file them under seal. Document 866 is a motion in limine seeking to exclude statements on grounds of hearsay. The exhibits are discovery documents that contain the objected-to statements. Defendant asserts that personal identifying information and the contents of the statements are sensitive and may cause safety or security concerns. The United States does not object to the request.

Defendant has complied with L.R. 141 by publicly filing and serving on opposing counsel his request to seal which describes the documents and the reasons for filing under seal.

After reviewing the motion and exhibits, the Court finds they contain information that could endanger individuals or institutional order and that one document contains private medical information. The Court further finds that under the circumstances of this capital prosecution the public and private interests at stake outweigh the public interest in open judicial records.

This Court, being fully informed in the premises, finds the request is supported by substantial grounds for sealing and should be GRANTED.

The Clerk is directed to remove Document 866 and its exhibits from the public record and file them under seal.

IT IS SO ORDERED.

DATED: October 10, 2014.

_____
Honorable Philip M. Pro
UNITED STATES DISTRICT JUDGE