DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado 80120
Telephone: 303/797-1645
Facsimile: 303/730-0858
E-mail: don@knightandmoses.com

JOSEPH L. GREEN, Pro Hac Vice
The Law Firm of Joseph Green
#1 McBride and Sons Center Drive
Suite 225A
Chesterfield, Missouri 63005
Telephone: 636/532-6600
Facsimile: 636/532-6602
E-mail: joe@josephgreenlaw.com

HEATHER E. WILLIAMS, SB#122664
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: tim_schardl@fd.org

Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN,<br><br>Defendant. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>ORDER |
|---|---|

Defendant Sablan moves this Court for a one-day extension of time to file replies to Documents 897 through 913. He cites as grounds a disruption in work due to a broken water

1  main. The government does not oppose the extension and it will not cause a delay in the
2  proceedings. The Court, being fully informed in the matter, finds the motion is supported by
3  GOOD CAUSE and should be GRANTED.
4      IT IS SO ORDERED
5  DATED:  November 25, 2014

                                        HON. PHILIP M. PRO
                                        UNITED STATES DISTRICT JUDGE