DONALD ROBERT KNIGHT, Pro Hac Vice
Knight & Moses, LLC
7852 South Elati Street, Suite 201
Littleton, Colorado 80120
Telephone:  303/797-1645
Facsimile:  303/730-0858
E-mail:  don@knightandmoses.com

JOSEPH L. GREEN, Pro Hac Vice
The Law Firm of Joseph Green
#1 McBride and Sons Center Drive
Suite 225A
Chesterfield, Missouri 63005
Telephone:  636/532-6600
Facsimile:  636/532-6602
E-mail: joe@josephgreenlaw.com

HEATHER E. WILLIAMS, SB#122664
Federal Defender
TIVON SCHARDL, FL Bar #73016
Trial & Habeas Counsel
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  916/498-6666
Facsimile:  916/498-6656
E-mail: tim_schardl@fd.org

Attorneys for Defendant
JOSEPH CABRERA SABLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH CABRERA SABLAN,<br><br>Defendants. | Case No. 1:08-CR-0259-PMP<br>**DEATH PENALTY CASE**<br><br>[PROPOSED] ORDER REVISING TRIAL CALENDAR AND SETTING STATUS CONFERENCE |

THIS MATTER, coming on to be heard based upon the joint request of the parties to continue certain deadlines and to change the January 6, 2015 hearing date to a status conference date, and the court having reviewed this request, and its file, and otherwise being fully informed on the matter, finds the motion to be well taken.

The hearing that is currently set for January 6, 2015 to determine jury questionnaire issues shall be converted to a status conference. On that date the Court will advise counsel of the status of the Ninth Circuit's search for a new trial judge for this case. The parties should be prepared to inform the court of the status of settlement efforts at that time. In addition, the due dates for the following items currently set on the Court's calendar shall be continued to the new status conference date of January 6, 2015. At this hearing, the Court will consider the status of the case as of that date and advise counsel when each of these separate items will need to be filed following the hearing, and to take up any other matters involving motions and trial in this case:

1. Draft of Joint proposed Jury Questionnaire: December 5, 2014.
2. Defendant's Rule 12.2(a) OR (b)(1) Notice Due: December 15, 2014.
3. Government witness lists and proposed trial exhibits for guilt and penalty phases Due: January 6, 2015.
4. Defense Applications for writs of Habeas Corpus Ad Testificandum and all trial subpoenas to be served by U.S. Marshall Service or for which transport of witnesses is required Due: January 6, 2015.
5. Court Hearing to resolve issues re jury questionnaire: January 6, 2015.

IT IS SO ORDERED.

Dated: December  5 , 2014.

_____
Honorable Philip M. Pro
UNITED STATES DISTRICT JUDGE