UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and<br>JAMES NINETE LEON GUERRERO,<br><br>        Defendants. | 1:08-CR-00259-PMP<br><br>**ORDER re Motions in Limine filed by Defendant Sablan (Doc. ## 863, 864, 869, 870, 871, 873, 874, 875, and 876.)** |

Before the Court for consideration are the following Motions In Limine filed on behalf of Defendant Sablan on October 8, 2014:

1. Motion to Invoke Rule 615 Exclusion of Witnesses (Doc. #863);

2. Motion to Preclude the Government from Accessing the Arrest Records of Venire Persons, or in the Alternative, to Provide Defense Counsel with U.S. Attorney's Jury Selection Data (Doc. #864);

3. Motion in Limine to Preclude the Government from Calling the First Phase of the Trial the "Guilt Phase." (Doc. #869);

4. Motion for Extension of Time to File Motions in Limine (Doc. #870);

5. Request for Extension of Time to Complete Rule 16(b) Report (Doc. #871);

6. Motion in Limine to Preclude Government from Introducing Convictions of Co-Defendant James Leon Guerrero (Doc. #873);

7. Motion to Preclude Rule 404(b) Evidence & Memorandum of Points and Authorities (Doc. #874);

8. Motion to Preclude the Government From Arguing or Presenting Evidence that Officer Rivera was a War Veteran and Accepted to the California Highway Patrol in the Liability Phase of the Case Pursuant to Rule 401 and 402 (Doc. #875); and

9. Motion to Preclude the Government from Presenting Evidence Not Disclosed Before Trial (Doc. #876).

Plaintiff United States has responded with a "Statement of Non-Opposition" to each of the foregoing Motions in Limine.

**IT IS THEREFORE ORDERED** that the foregoing Motions in Limine filed on behalf of Defendant Sablan on October 8, 2014 are hereby **GRANTED**.

Dated: December 5, 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE