UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | 1:08-CR-00259-PMP<br><br>**ORDER** |

On November 24, 2014, the Court conducted a status conference with counsel to advise that the undersigned would be retiring from the bench effective January 16, 2015. As a result, it will be necessary to reassign this case to a new judge for further proceedings and trial.

The Court seized the opportunity of the status conference to inquire of counsel the status of pending plea negotiations, if any. Counsel for Defendant Joseph Cabrera Sablan advised that a request would soon be submitted to Plaintiff United States seeking reconsideration of the decision to seek the death penalty in this case. The Court asked that when such a request was submitted, a Notice be filed so that the Court could enter an Order seeking immediate review of Defendant Sablan's request by the Department of Justice Capital Case Committee. Defendant Sablan filed such a Notice (Doc. #946) on December 9, 2014.

This Court is mindful of the fact that whether to seek the death penalty in this case is exclusively the decision of the United States Department of Justice, and further that this Court cannot participate directly in plea negotiations between the parties in this case. Also, the Court is aware that

1  the Department of Justice Capital Case Committee has many cases to review, and that substantial time
2  is required to give appropriate attention to each of them.  However, the particular dynamics of this case
3  compel the Court to weigh in at this juncture.

4       This action has been pending for several years, and three judges have at various times presided
5  over the case.  The case was fully resolved earlier this year as to Defendant Sablan's Co-Defendant,
6  Leon Guerrero, and the case against Defendant Sablan is currently set for trial in April 2015.
7  However, given the necessity of assigning a new judge to preside over the trial, it may be necessary
8  to further delay trial in this case to enable the new judge assigned to consider a vast number of pending
9  pre-trial motions in limine and other motions which surely will be filed between now and the trial date.
10 Thus, the timing of Defendant Sablan's request for reconsideration is critical, and in the view of this
11 Court, warrants prompt attention and consideration by the Department of Justice Capital Case
12 Committee.

13      As a result, this Court directs that counsel for Plaintiff United States in the Eastern District of
14 California promptly advise the United Stated Department of Justice Capital Case Committee of this
15 Court's request for expedited review of Defendant's submission seeking reconsideration of the
16 decision to seek the death penalty in this case.

17 **IT IS SO ORDERED.**
18 Dated: December 10, 2014

19 _____
20 HONORABLE PHILIP M. PRO
   U.S. DISTRICT COURT JUDGE

21
22
23
24
25
26
27
28