UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN,<br><br>    Defendant. | 1:08-CR-00259-PMP<br>**DEATH PENALTY CASE**<br><br>**ORDER** re Reassignment |

The undersigned having announced his retirement from the bench effective January 16, 2015,

IT IS ORDERED that this case is hereby referred to the Honorable Morrison C. England, Jr., Chief Judge of the United States District Court for the Eastern District of California, for reassignment to a new trial judge.

DATED: December 19, 2014.

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE

1