UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

* * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | 1:08-CR-00259-PMP<br><br><br>**ORDER** |

The undersigned having transferred venue in this case from the United States District Court for the Eastern District of California, Fresno Division, to the United States District Court for the Central District of California, and also having referred the case to the Chief Judge of the Eastern District of California for reassignment in light of the undersigned's impending retirement, and finding that the status conference previously scheduled for Tuesday, January 6, 2015, should be conducted by the newly assigned judge who will conduct trial in the case, and good cause appearing,

IT IS ORDERED that the status conference scheduled for January 6, 2015, at 1:00 p.m. is hereby VACATED, and shall be rescheduled at a future date at the discretion of the judge assigned to conduct further proceedings in the case.

Dated: December 29, 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE

1